Exhibit 11



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 25, 2006

**CERTIFIED MAIL**
**AND FIRST CLASS MAIL**

Nichris Corporation
P.O. Box 221
Pine Island, NY 10969

Attention: Thomas Sobiech

Re:  **NOTICE OF INTENT TO FORECLOSE MORTGAGES**

Dear Mr. Sobiech:

      I am the Assistant United States Attorney assigned to represent the United States Department of Agriculture ("USDA") with regard to collection on the following mortgages, which attach to the property described therein: (1) the May 8, 1997 mortgage, recorded in the Orange County Clerk's Office at book 6150, page 306 on May 8, 1997; (2) the May 7, 1999 mortgage, recorded in the Orange County Clerk's Office at book 7234, page 322 on May 27, 1999; and (3) the September 11, 2000 mortgage, recorded in the Orange County Clerk's Office at book 7993, page 291 on September 27, 2000 (collectively, the "mortgages").

      You have breached the terms of the mortgages and promissory notes by failing to make payments as required under the notes. USDA has referred this matter to this Office for the purpose of instituting a suit to collect debts owed to the United States after administrative efforts have failed.

      The purpose of this letter is to notify you that unless the mortgages are paid in full by August 24, 2006, or you make other satisfactory payment arrangements with this Office, we will be compelled to institute a suit against you in the United States District Court to foreclose the mortgages.

The amount required to satisfy the account, as of July 7, 2006, is $535,298.24.  Interest continues to accrue on the principal balance at the rate of 5.00% annually.  Your certified check or money order should be made payable to the Treasury of the United States and mailed to this Office by August 24, 2006.

Please contact me if you have any questions.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By:

KRISTIN L. VASSALLO
Assistant United States Attorney
Telephone:  (212) 637-2822



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 25, 2006

**CERTIFIED MAIL
AND FIRST CLASS MAIL**

Thomas Sobiech
P.O. Box 221
Pine Island, NY 10969

Re: **NOTICE OF INTENT TO FORECLOSE MORTGAGES**

Dear Mr. Sobiech:

I am the Assistant United States Attorney assigned to represent the United States Department of Agriculture ("USDA") with regard to collection on the following mortgages, which attach to the property described therein: (1) the May 8, 1997 mortgage, recorded in the Orange County Clerk's Office at book 6150, page 306 on May 8, 1997; (2) the May 7, 1999 mortgage, recorded in the Orange County Clerk's Office at book 7234, page 322 on May 27, 1999; and (3) the September 11, 2000 mortgage, recorded in the Orange County Clerk's Office at book 7993, page 291 on September 27, 2000 (collectively, the "mortgages").

You have breached the terms of the mortgages and promissory notes by failing to make payments as required under the notes. USDA has referred this matter to this Office for the purpose of instituting a suit to collect debts owed to the United States after administrative efforts have failed.

The purpose of this letter is to notify you that unless the mortgages are paid in full by August 24, 2006, or you make other satisfactory payment arrangements with this Office, we will be compelled to institute a suit against you in the United States District Court to foreclose the mortgages.

The amount required to satisfy the account, as of July 7, 2006, is $535,298.24. Interest continues to accrue on the principal balance at the rate of 5.00% annually. Your certified check or money order should be made payable to the Treasury of the United States and mailed to this Office by August 24, 2006.

Please contact me if you have any questions.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By:    KRISTIN L. VASSALLO
Assistant United States Attorney
Telephone:  (212) 637-2822

-2-



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 25, 2006

**CERTIFIED MAIL**
**AND FIRST CLASS MAIL**

Robin Sobiech
P.O. Box 221
Pine Island, NY 10969

      Re: **NOTICE OF INTENT TO FORECLOSE MORTGAGES**

Dear Ms. Sobiech:

      I am the Assistant United States Attorney assigned to represent the United States Department of Agriculture ("USDA") with regard to collection on the following mortgages, which attach to the property described therein: (1) the May 8, 1997 mortgage, recorded in the Orange County Clerk's Office at book 6150, page 306 on May 8, 1997; (2) the May 7, 1999 mortgage, recorded in the Orange County Clerk's Office at book 7234, page 322 on May 27, 1999; and (3) the September 11, 2000 mortgage, recorded in the Orange County Clerk's Office at book 7993, page 291 on September 27, 2000 (collectively, the "mortgages").

      USDA has referred this matter to this Office for the purpose of instituting a suit to collect debts owed to the United States after administrative efforts have failed.

      The purpose of this letter is to notify you that unless the mortgages are paid in full by August 24, 2006, or you make other satisfactory payment arrangements with this Office, we will be compelled to institute a suit against you in the United States District Court to foreclose the mortgages.

      The amount required to satisfy the account, as of July 7, 2006, is $535,298.24. Interest continues to accrue on the principal balance at the rate of 5.00% annually. Your certified check or money order should be made payable to the Treasury of the United States and mailed to this Office by August 24, 2006.

Please contact me if you have any questions.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: KRISTIN L. VASSALLO
Assistant United States Attorney
Telephone:  (212) 637-2822