UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,

       Plaintiff,

 -against-         NOTICE OF APPEARANCE
              AND WAIVER OF DEMAND

THOMAS P. SOBIECH, ROBIN SOBIECH,  CASE NO. 07 CV 6335
NICHRIS CORPORATION, PINE ISLAND
GROUP, INC., GOTHAM RENOVATION GROUP,
INC., ORANGE COUNTY TRUST COMPANY,
JOSEPH WU, SHARYLAND L.P. d/b/a
PLANATION PRODUCE COMPANY, M&M
PACKAGING, INC., MELLON BANK, UNITED
PENN BANK, PIETRZAK & PFAU ENGINEERING
& SURVEYING, PLLC, JOHN DOES NOS.
1-10 AND JANE DOES NOS. 1-10,

       Defendants.
------------------------------------------X



  PLEASE TAKE NOTICE, that defendant ORANGE COUNTY TRUST COMPANY hereby appears in this proceeding by its attorneys, MacVean, Lewis, Sherwin & McDermott, P. C., and waives service of all papers and notice of all proceedings herein except for notice of application for discontinuance of action, judgment of foreclosure and sale, notice of sale, referee's report of sale and notice of all proceedings to obtain surplus monies.

Dated: July 25, 2007
    Middletown, New York

```
                           MacVean, Lewis, Sherwin
                              & McDermott, P.C.

                        By: _____
                              Kevin F. Preston
                           Attorneys for Defendant,
                         Orange County Trust Company
                         34 Grove Street - Box 310
                         Middletown, New York 10940
                              (845) 343-3000
```

TO:
Michael J. Garcia
U.S. Attorney for the Southern District of New York
By: Kristin L. Vassallo, Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    )    ss:
COUNTY OF ORANGE    )

**RE:  United States of America v. Sobiech, et al
      Case No.  07 CV 6335 (US District Court/Southern
                District of New York)**


Corinna Quade, being duly sworn, deposes and says:  I am not a party to the action, am over 18 years of age and reside in Middletown, New York.

On July 25, 2007, I served a true copy of the notice of appearance and waiver of demand (dated 7/25/07)  - by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:
Michael J. Garcia
US Attorney for the Southern District of New York
By: Kristin L. Vassallo, Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007

_____
Corinna Quade

Sworn to before me this
25th day of July 2007.

_____
Notary Public

FLORENCE McDERMOTT
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GA4751957
QUALIFIED IN ORANGE COUNTY
MY COMMISSION EXPIRES JAN. 31, 2010