# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

United States of America

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Thomas P. Sobiech, Robin Sobiech, Nichris Corporation, Pine Island Group, Inc.,
Gotham Renovation Group, Inc., Orange County Trust Company, Joseph Wu,
Sharyland L.P. d/b/a Plantation Produce Company, M&M Packaging, Inc., Mellon
Bank, United Penn Bank, Pietrzak & Pfau Engineering & Surveying, PLLC, John Does
Nos. 1-10 and Jane Does Nos. 1-10

07 CV 6335

JUDGE BRIEANT

TO: (Name and address of defendant)

M&M Packaging Inc.
401 Pulaski Highway
Goshen, NY 10924

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Garcia
United States Attorney for the Southern District of New York
By: Kristin L. Vassallo, Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 11 20

CLERK

DATE

(BY) DEPUTY CLERK

US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF _____

**AFFIDAVIT OF SERVICE**

ATTORNEY: CAPITAL PROCESS
FF/INDEX #: 07 CV 6335 (CLB)
DATE FILED: 7/11/07
DOCKET #:

UNITED STATES OF AMERICA,

Plaintiff(s)/Petitioners(s)

- AGAINST -

THOMAS P. SOBIECH, ET AL

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 7/17/07 at 1:50 PM at 405 PULASKI HIGHWAY GOSHEN, NY 10924

deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, NOTICE OF PENDENCY, JUDGE'S RULES, MAGISTRATE'S RULES AND ELECTRONIC CASE FILING NOTICE

on M&M PACKAGING, INC. therein named

**CORPORATION** ☑ By delivering to and leaving with MATTHEW RIGAKOWSKI so served to be the GENERAL AGENT and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

MALE, WHITE SKIN, BLONDE HAIR, 45 YRS., 5'9", 170 LBS.

Other identifying features:

Sworn to before me on: JULY 18, 2007

_/s/ Mike Renna_
MIKE RENNA

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958