# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

United States of America

**SUMMONS IN A CIVIL CASE**

V.                              CASE NUMBER:

Thomas P. Sobiech, Robin Sobiech, Nichris Corporation, Pine Island Group, Inc., Gotham Renovation Group, Inc., Orange County Trust Company, Joseph Wu, Sharyland L.P. d/b/a Plantation Produce Company, M&M Packaging, Inc., Mellon Bank, United Penn Bank, Pietrzak & Pfau Engineering & Surveying, LLC, John Does Nos. 1-10 and Jane Does Nos. 1-10

**07 CV 6335**

**JUDGE BRIEANT**

TO: (Name and address of defendant)

Nichris Corp.
3 Brozdowski Lane
Pine Island, NY 10969
Mailing address: P.O. Box 221

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Garcia
United States Attorney for the Southern District of New York
By: Kristin L. Vassallo, Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                              JUL 11 2007

CLERK                                                DATE

(BY) DEPUTY CLERK

ATTORNEY: CAPITAL PROCESS
FF/INDEX #:
07 CV 6335 (CLB)
DATE FILED: 7/11/07
DOCKET #:

UNITED STATES OF AMERICA,

Plaintiff(s)/Petitioners(s)

- AGAINST -

THOMAS P. SOBIECH, ET AL

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 7/23/07 at 9:42 AM at BROZDOWSKI LANE (SIDE OF ROAD), PINE ISLAND, NY 10969

deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, NOTICE OF PENDENCY, JUDGE'S RULES, MAGISTRATE'S RULES AND ELECTRONIC CASE FILING NOTICE

on NICHRIS CORP therein named

CORPORATION ☑ By delivering to and leaving with THOMAS SOBIECH and that he knew the person
so served to be the OFFICER of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

DESCRIPTION Deponent describes the individual served as follows:

MALE, WHITE SKIN, BLACK/GREY HAIR, 43-48 YRS., 5'8"-5'10", 165-175 LBS.

Other identifying features:

MUSTACHE

Sworn to before me on: JULY 24, 2007

JOAN KULIKOWSKI

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958