# United States District Court

SOUTHERN DISTRICT OF NEW YORK

United States of America

## SUMMONS IN A CIVIL CASE

V.    CASE NUMBER:

Thomas P. Sobiech, Robin Sobiech, Nichris Corporation, Pine Island Group, Inc., Gotham Renovation Group, Inc., Orange County Trust Company, Joseph Wu, Sharyland L.P. d/b/a Plantation Produce Company, M&M Packaging, Inc., Mellon Bank, United Penn Bank, Pietrzak & Pfau Engineering & Surveying, PLLC, John Does Nos. 1-10 and Jane Does Nos. 1-10

07 CV 6335

JUDGE BRIEANT

TO: (Name and address of defendant)

Orange County Trust Company
212 Dolson Avenue
Middletown, NY 10940
Mailing address: P.O. Box 790

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Garcia
United States Attorney for the Southern District of New York
By: Kristin L. Vassallo, Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 11 2007

CLERK

DATE

(BY) DEPUTY CLERK

US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AFFIDAVIT OF SERVICE** |
| | ATTORNEY: CAPITAL PROCESS |
| | FF/INDEX #: 07 CV 6335 (CLB) |
| | DATE FILED: 7/11/07 |
| | DOCKET #: |
| Plaintiff(s)/Petitioners(s) | |
| - AGAINST - | |
| THOMAS P. SOBIECH, ET AL | |
| Defendants(s)/Respondent(s) | COURT D/T: |
| | AMOUNT: |

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 7/19/07 at 2:05 PM at 212 DOLSON AVENUE MIDDLETOWN, NY 10940

deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, NOTICE OF PENDENCY, JUDGE'S RULES, MAGISTRATE'S RULES AND ELECTRONIC CASE FILING NOTICE

on ORANGE COUNTY TRUST COMPANY therein named

**CORPORATION** [✓] By delivering to and leaving with LYNN C. PREDMORE so served to be the GENERAL AGENT and that he knew the person of the corporation, and authorized to accept service.

[ ] AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

FEMALE, WHITE SKIN, LT. BROWN HAIR, 30-40 YRS., 5'4"-5'9", 135-155 LBS.

Other identifying features:

Sworn to before me on: JULY 19, 2007

*(signature)* JOANN JOHNSON

*(signature)* CHRISTINA PELAYES

| | | |
|---|---|---|
| JOHN GOULD | JOANN JOHNSON | KATHLEEN GOULD |
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 15, 20__ | COMMISION EXPIRES AUGUST 15, 20_10_ | COMMISION EXPIRES NOVEMBER 30, 20__ |
| 01G05013764 | 01J05031856 | 4632958 |