AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

United States of America

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Thomas P. Sobiech, Robin Sobiech, Nichris Corporation, Pine Island Group, Inc., Gotham Renovation Group, Inc., Orange County Trust Company, Joseph Wu, Sharyland L.P. d/b/a Plantation Produce Company, M&M Packaging, Inc., Mellon Bank, United Penn Bank, Pietrzak & Pfau Engineering & Surveying, PLLC, John Does Nos. 1-10 and Jane Does Nos. 1-10

07 CV 6335

JUDGE BRIEANT

TO: (Name and address of defendant)

Pietrzak & Pfau Engineering & Surveying, PLLC
262 Greenwich Avenue
Goshen, NY 10924

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Garcia
United States Attorney for the Southern District of New York
By: Kristin L. Vassallo, Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE

JUL 11 2007

| | | |
|---|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK<br>COUNTY OF _____ | | AFFIDAVIT OF SERVICE<br>ATTORNEY: CAPITAL PROCESS<br>FF/INDEX #: 07 CV 6335 (CLB)<br>DATE FILED: 7/11/07<br>DOCKET #: |

UNITED STATES OF AMERICA,

Plaintiff(s)/Petitioners(s)

- AGAINST -

THOMAS P. SOBIECH, ET AL

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **7/17/07** at **2:15 PM** at **262 GREENWICH AVENUE GOSHEN, NY 10924**

deponent served the within **SUMMONS IN A CIVIL CASE, COMPLAINT, NOTICE OF PENDENCY, JUDGE'S RULES, MAGISTRATE'S RULES AND ELECTRONIC CASE FILING NOTICE**

on **PIETRZAK & PFAU ENGINEERING & SURVEYING, PLLC** therein named

**CORPORATION** ☑ By delivering to and leaving with **BARBARA M. BERGER** so served to be the **GENERAL AGENT** and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE     THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BLONDE HAIR, 60 YRS., 5'4", 160 LBS.**

Other identifying features:

Sworn to before me on: **JULY 18, 2007**

_____
MIKE RENNA

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20__
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958