# United States District Court

**SOUTHERN** **DISTRICT OF** **NEW YORK**

United States of America

## SUMMONS IN A CIVIL CASE

V.                                    CASE NUMBER:

Thomas P. Sobiech, Robin Sobiech, Nichris Corporation, Pine Island Group, Inc., Gotham Renovation Group, Inc., Orange County Trust Company, Joseph Wu, Sharyland L.P. d/b/a Plantation Produce Company, M&M Packaging, Inc., Mellon Bank, United Penn Bank, Pietrzak & Pfau Engineering & Surveying, PLLC, John Does Nos. 1-10 and Jane Does Nos. 1-10

TO: (Name and address of defendant)

Pine Island Group, Inc.
827 County Route 1
Pine Island, NY 10969

**07 CV 6335**

**JUDGE BRIEANT**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Garcia
United States Attorney for the Southern District of New York
By: Kristin L. Vassallo, Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 11 2007

**MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK                                    DATE

INDEX NO: 07CV6335
FILED ON: July 11, 2007
DISTRICT: Southern/New York

COUNTY OF

UNITED STATES DISTRICT COURT

*United States of America*

vs

Plaintiff(s)

*Thomas P. Sobiech, et. al.*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

_____Shayne Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____August 2, 2007_____, at _____11:30am_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed _____Summons in a Civil Case, Complaint, Notice of Pendency, Judge's Rules, Magistrate's Rules and Electronic Case Filing Notice_____, on _____Pine Island Group Inc._____

Defendant in this action, by delivering to and leaving with _____Donna Christie_____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, #_____, Return Receipt Requested on _____ to said defendant at: _____

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 44 years   Approx. weight: 130 lbs   Approx. Ht.: 5'5"
Sex: female   Color of skin: white   Color of hair: brown   Other: _____

Sworn to before me on   August 9, 2007

*Marcy O'Hare* (signature)

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*Shayne Collen* (signature)

Shayne Collen

Invoice•Work Order # 0706551