# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

United States of America

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Thomas P. Sobiech, Robin Sobiech, Nichris Corporation, Pine Island Group, Inc., Gotham Renovation Group, Inc., Orange County Trust Company, Joseph Wu, Sharyland L.P. d/b/a Plantation Produce Company, M&M Packaging, Inc., Mellon Bank, United Penn Bank, Pietrzak & Pfau Engineering & Surveying, PLLC, John Does Nos. 1-10 and Jane Does Nos. 1-10

07 CV 6335

JUDGE BRIEANT

TO: (Name and address of defendant)

Robin Sobiech
1005 County Route 1
Pine Island, NY 10969
Mailing address: P.O. Box 7

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Garcia
United States Attorney for the Southern District of New York
By: Kristin L. Vassallo, Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

an answer to the complaint which is herewith served upon you, within ____30____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

JUL 11 2007

CLERK

(BY) DEPUTY CLERK

DATE

| US DISTRICT COURT | OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|---|
| COUNTY OF | | ATTORNEY: CAPITAL PROCESS |
| | | FF/INDEX #: 07 CV 6335 (CLB) |
| UNITED STATES OF AMERICA, | | DATE FILED: 7/11/07 |
| | | DOCKET #: |

Plaintiff(s)/Petitioners(s)

- AGAINST -

THOMAS P. SOBIECH, ET AL

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **JULY 28, 2007** at **6:15 PM** at **1005 COUNTY ROUTE 1, P.O. BOX 7, PINE ISLAND, NY 10969**

deponent served the within **SUMMONS IN A CIVIL CASE, COMPLAINT, NOTICE OF PENDENCY, JUDGE'S RULES, MAGISTRATE'S RULES AND ELECTRONIC CASE FILING NOTICE**

on **ROBIN SOBIECH** therein named

**SUITABLE AGE** [✓] By delivering a true copy thereof to and leaving with **THOMAS SOBIECH - CO-OCCUPANT** a person of suitable age and discretion, the said premises being the defendants - respondents

[✓] dwelling place    [ ] place of business    [ ] last known address    within the State of New York

[ ] AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION**    Deponent describes the individual served as follows:

MALE    WHITE SKIN    BLACK & GRAY HAIR    43-48 YRS.    5'8"-5'10"    165-175 LBS.

Other identifying features:

**MUSTACHE**

**MAILING** [✓] Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: **JULY 30, 2007**

[✓] at his last known residence    [ ] at his place of business    [ ] at his last known address

Address confirmed by:

**MILITARY SERVICE** [✓] I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: **AUGUST 15, 2007**

*Joan Kulikowski*
**JOAN KULIKOWSKI**

*Joann Johnson*

| JOHN GOULD | JOANN JOHNSON | KATHLEEN GOULD |
|---|---|---|
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 15, 20__ | COMMISION EXPIRES AUGUST 15, 20_10_ | COMMISION EXPIRES NOVEMBER 30, 20__ |
| 01G05013764 | 01J05031856 | 4632958 |