AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99     ORIGINAL

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

United States of America

**SUMMONS IN A CIVIL CASE**

V.                                    CASE NUMBER:

Thomas P. Sobiech, Robin Sobiech, Nichris Corporation, Pine Island Group, Inc., Gotham Renovation Group, Inc., Orange County Trust Company, Joseph Wu, Sharyland L.P. d/b/a Plantation Produce Company, M&M Packaging, Inc., Mellon Bank, United Penn Bank, Pietrzak & Pfau Engineering & Surveying, PLLC, John Does Nos. 1-10 and Jane Does Nos. 1-10

**07 CV 6335**

TO: (Name and address of defendant)

United Penn Bank
c/o Mellon Bank
1735 Market Street, 8th Floor
Philadelphia, PA 19103

**JUDGE BRIEANT**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Garcia
United States Attorney for the Southern District of New York
By: Kristin L. Vassallo, Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL McMAHON                                         JUL 11 2007

CLERK                                                    DATE

(BY) DEPUTY CLERK

**AFFIDAVIT OF SERVICE**

Index No. 07 Civ. 6335 (CLB)
Date Purchased: July 11, 2007
Date Filed: _____
Court Date: _____

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
COUNTY

ATTORNEY(S): Kristin L. Vassallo AUSA : U.S. Attorney's Office - SDNY   PH: 212-637-2822
ADDRESS: 86 Chambers Street  New York N.Y. 10007   File No.: _____

UNITED STATES OF AMERICA,
vs.
THOMAS P. SOBIECH, et al.,

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF __Pennsylvania__, COUNTY OF __Philadelphia__ SS.:
__DEAN A CICCARELLI__, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On __July 24, 2007__ at __2:30 PM__
at __1735 MARKET STREET 8TH FLOOR  PHILADELPHIA PENNSYLVANIA 19103__, deponent served the within
__Summons In A Civil Case, Complaint, Notice of Pendency, Judge's Rules, Magistrate's Rules and Electronic Case Filing Notice__
with Index Number __07 Civ. 6335 (CLB)(LMS)__, and Date Purchased __July 11, 2007__ endorsed thereon,
on: __UNITED PENN BANK c/o MELLON BANK__, __Defendant__ therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [XX] By delivering to and leaving with __CAROL SAYLOR, legal asst__ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the ___ day of _____ at _____
on the ___ day of _____ at _____
on the ___ day of _____ at _____
on the ___ day of _____ at _____

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex __F__  Color of skin __Cauc__  Color of hair __brn__  Age __50__  Height __5'2"__
Weight __110__  Other Features: _____

#8 WIT. FEES [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARY SRVC [XX] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#10 OTHER [ ] _____

Sworn to before me on this 25th day of July 2007

X _Patricia Morrin_   X _Process Server_

Please Print Name Below Signature
DEAN A CICCARELLI

NOTARIAL SEAL
PATRICIA MORRIN
Notary Public
PHILADELPHIA CITY, PHILADELPHIA COUNTY
My Commission Expires Nov 9, 2010

Invoice•Work Order # 0734512

CAPITAL PROCESS SERVERS, INC., 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382