MICHAEL D. PINSKY, P.C.
30 MATTHEWS STREET, SUITE 304
TEL (845) 294-5123
FAX (845) 294-9384
email pinskypc@frontiernet.net

August 24, 2007

Hon. Charles L. Brieant
U.S. District Court
300 Quarropas Street
White Plains, NY 10601

Re:    United States of America v. Thomas P. Sobiech, et al.
       Case No. 7:07-CV-06335-CLB

       In re Pine Island Group, Inc., Chapter 11 Case No. 07-36133 (cgm)

Dear Judge Brieant:

I represent Pine Island Group, Inc., named as a defendant in the above-referenced foreclosure action and currently a Chapter 11 debtor in possession in the Southern District. A copy of Pine Island's bankruptcy filing notice is enclosed.

By operation of Bankruptcy Code § 362(a), the foreclosure proceeding, vis-à-vis Pine Island Group, Inc., is stayed.

Thank you for your attention to this matter.

Very truly yours,
       /s/
Michael D. Pinsky
MP/

Encl.    (as above)
cc:      Kristin L. Vassallo, Esq., AUSA
         Richard DeMarco