**JOSEPH J. HASPEL** PLLC
ATTORNEY AT LAW
40 MATTHEWS STREET
SUITE 201
GOSHEN, NEW YORK 10924
(845) 294-8950
(845) 294-3843 (FAX)
(845) 313-6068 (CELL)
JJHASPEL@WARWICK.NET

JOSEPH J. HASPEL

OF COUNSEL:
MARY LOU CHATTERTON

NEW JERSEY OFFICE
111 GRAND STREET
SUITE 218
PALISADES PARK, NJ 07650
201-461-2488
(FAX) 201-944-8951

August 27, 2007

By Telecopier
914-390-4085

Hon. Charles L. Brieant
US Bankruptcy Court
Southern District of NY
300 Quarropas Avenue
White Plains, NY 10601

          Re:  United States
               V. Sobiech et al
               Case No. 07 Civ. 6335 (CLB)

Hon. Judge Brieant

    Upon consent of counsel to the Plaintiff, I write this letter requesting that the time to answer the complaint in this matter be extended to September 14, 2007.

    The Court has set September 21, 2007 as the date of the preliminary conference.

                                        Very truly yours,

                                        Joseph J. Haspel

cc: Kristin Vassallo, Esq. (By E-Mail)