MICHAEL D. PINSKY, P.C.
30 MATTHEWS STREET, SUITE 304
TEL (845) 294-5123
FAX (845) 294-9384
email pinskypc@frontiernet.net

August 24, 2007

DOCKET IN CASE # 07 CIV 06335
AS: Suggestion of Bankruptcy

DATE: _____   CLB/USDJ

Hon. Charles L. Brieant
U.S. District Court
300 Quarropas Street
White Plains, NY 10601

Re:   United States of America v. Thomas P. Sobiech, et al.
      Case No. 7:07-CV-06335-CLB

      In re Pine Island Group, Inc., Chapter 11 Case No. 07-36133 (cgm)

Dear Judge Brieant:

I represent Pine Island Group, Inc., named as a defendant in the above-referenced foreclosure action and currently a Chapter 11 debtor in possession in the Southern District. A copy of Pine Island's bankruptcy filing notice is enclosed.

By operation of Bankruptcy Code § 362(a), the foreclosure proceeding, vis-à-vis Pine Island Group, Inc., is stayed.

Thank you for your attention to this matter.

Very truly yours,

Michael D. Pinsky
MP/

Encl.  (as above)
cc:    Kristin L. Vassallo, Esq., AUSA
       Richard DeMarco

United States Bankruptcy Court
Southern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 07/27/2007 at 2:45 PM and filed on 07/27/2007.

**Pine Island Group, Inc.**
827 County Route 1
Pine Island, NY 10969
Tax id: 14-1790301



FILED
Electronically
07/27/2007
2:45 PM

The case was filed by the debtor's attorney:

**Michael D. Pinsky**
Michael D. Pinsky, P.C.
30 Matthews Street
Suite 304
Goshen, NY 10924
845-294-5123

The case was assigned case number 07-36133-cgm to Judge Cecelia G. Morris.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 355 Main Street, Poughkeepsie, NY 12601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

> Kathleen Farrell-Willoughby
> Clerk, U.S. Bankruptcy Court

## PACER Service Center
## Transaction Receipt

08/24/2007 15:05:59

| | | | |
|---|---|---|---|
| **PACER Login:** | mp0075 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 07-36133-cgm |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |