# JOSEPH J. HASPEL PLLC
### ATTORNEY AT LAW
### 40 MATTHEWS STREET
### SUITE 201
### GOSHEN, NEW YORK 10924
(845) 294-8950
(845) 294-3843 (FAX)
(845) 313-6068 (CELL)
JJHASPEL@WARWICK.NET

JOSEPH J. HASPEL

OF COUNSEL:
MARY LOU CHATTERTON

NEW JERSEY OFFICE
111 GRAND STREET
SUITE 212
PALISADES PARK, NJ 07650
201-461-2400
(FAX) 201-944-8915

August 27, 2007

By Telecopier
914-390-4085

Hon. Charles L. Brieant
US Bankruptcy Court
Southern District of NY
300 Quarropas Avenue
White Plains, NY 10601

**MEMO ENDORSED**

      Re: United States
          V. Sobiech et al
          Case No. 07 Civ. 6335 (CLB)

Hon. Judge Brieant

    Upon consent of counsel to the Plaintiff, I write this letter requesting that the time to answer the complaint in this matter be extended to September 14, 2007.

    The Court has set September 21, 2007 as the date of the preliminary conference.

                                        Very truly yours,

                                        Joseph J. Haspel

cc: Kristin Vassallo, Esq. (By E-Mail)

*[Handwritten margin note: Application of counsel to be extended 8/29/2007. Charles Brieant 1/5/07]*