Michael D. Pinsky, P.C.
Attorney for Gotham Renovation Group, Inc.
30 Matthews St., PO Box 148
Goshen, New York 10924
Tel (845) 294-5123
Michael D. Pinsky, Esq. (MP1267)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 07-cv-6335 (CLB) (LMS) |
| -v. | ) |
| | ) |
| THOMAS P. SOBIECH, et al. | ) |
| | ) |
| Defendants. | ) |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned hereby certifies that no other corporation, public or private, owns any stock in defendant Gotham Renovation Group, Inc.

Dated: Goshen, New York
       September 4, 2007

                                By:   /s/ Michael D. Pinsky, Esq. (MP1267)
                                      Michael D. Pinsky, P.C.
                                      Attorney for Gotham Renovation
                                      Group, Inc.
                                      30 Matthews St., Box 148
                                      Goshen, New York 10924
                                      Tel: (845) 294-5123
                                      Fax. (845) 294-9384
                                      Email mpinsky@frontiernet.net