# ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE

THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE

TYPE IN BLACK INK:
NAME(S) OF PARTY(S) TO DOCUMENT

SECTION **3** BLOCK **1** LOT **43**

*Richard Greenblatt, Ref*

TO

*Gotham Renovation Group Inc*

RECORD AND RETURN TO:
(name and address)

*Mitzi Wu*
*170 Broadway #1200*
*New York, NY 10038*

THIS IS PAGE ONE OF THE RECORDING

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH
RECORDED INSTRUMENT ONLY

**DO NOT WRITE BELOW THIS LINE**

INSTRUMENT TYPE:  DEED ✓  MORTGAGE___  SATISFACTION___  ASSIGNMENT___  OTHER___

## PROPERTY LOCATION

| | | |
|---|---|---|
| 2089 BLOOMING GROVE (TN) | 4289 MONTGOMERY (TN) | NO PAGES **3**  CROSS REF.___ |
| 2001  WASHINGTONVILLE (VLG) | 4201  MAYBROOK (VLG) | CERT.COPY___ ADD'L X-REF.___ |
| 2289 CHESTER (TN) | 4203  MONTGOMERY (VLG) | MAP#___ PGS.___ |
| 2201  CHESTER (VLG) | 4205  WALDEN (VLG) | |
| 2489 CORNWALL (TN) | 4489 MOUNT HOPE (TN) | PAYMENT TYPE:  CHECK ✓ |
| 2401  CORNWALL (VLG) | 4401  OTISVILLE (VLG) | CASH___ |
| 2600 CRAWFORD (TN) | 4600 NEWBURGH (TN) | CHARGE___ |
| 2800 DEERPARK (TN) | 4800 NEW WINDSOR (TN) | NO FEE___ |
| 3089 GOSHEN (TN) | 5089 TUXEDO (TN) | Taxable |
| 3001  GOSHEN (VLG) | 5001  TUXEDO PARK (VLG) | CONSIDERATION $ **100,000** |
| 3003  FLORIDA (VLG) | 5200 WALLKILL (TN) | TAX EXEMPT___ |
| 3005  CHESTER (VLG) | ✓5489 WARWICK (TN) | Taxable |
| 3200 GREENVILLE (TN) | 5401  FLORIDA (VLG) | MORTGAGE AMT. $___ |
| 3489 HAMPTONBURGH (TN) | 5403  GREENWOOD LAKE (VLG) | DATE___ |
| 3401  MAYBROOK (VLG) | 5405  WARWICK (VLG) | |
| 3689 HIGHLANDS (TN) | 5600 WAWAYANDA (TN) | **MORTGAGE TAX TYPE:** |
| 3601  HIGHLAND FALLS (VLG) | 5889 WOODBURY (TN) | ___ (A) COMMERCIAL/FULL 1% |
| 3889 MINISINK (TN) | 5801  HARRIMAN (VLG) | ___ (B) 1 OR 2 FAMILY |
| 3801  UNIONVILLE (VLG) | CITIES | ___ (C) UNDER $10,000 |
| 4089 MONROE (TN) | | ___ (E) EXEMPT |
| 4001  MONROE (VLG) | 0900  MIDDLETOWN | ___ (F) 3 TO 6 UNITS |
| 4003  HARRIMAN (VLG) | 1100  NEWBURGH | ___ (I) NAT.PERSON/CR. UNION |
| 4005  KIRYAS JOEL (VLG) | 1300  PORT JERVIS | ___ (J) NAT.PER-CR.UN/1 OR 2 |
| | 9999  HOLD | ___ (K) CONDO |

*Donna L. Benson*
**DONNA L. BENSON**
**ORANGE COUNTY CLERK**

RECEIVED FROM: *Mitzi Wu*

RECORDED/FILED
01/24/2005/ 13:11:06
DONNA L. BENSON
County Clerk
ORANGE COUNTY, NY

FILE # 200500008099
DEED C / BK 11730 PG 1103
RECORDING FEES 204.00
TTX# 006766 T TAX 400.00
Receipt#369409 juls

01-24-05

03-04-05

# THIS DEED

Made the 9th day of August, 2004

    Between    Richard Greenblatt, 3657 Albany Post Road, Poughkeepsie, New York 12601

*Referee duly appointed in the action hereinafter mentioned,* Grantor

    And    Gotham Renovation Group, Inc., 455 Crescent Street, Brooklyn, New York, 11208-2801

Grantee

**Witnesseth,** that the Grantor, the Referee appointed in an action between

Pine Island Group, Inc.,

    Plaintiff,

-against-    Index #8965-2000

Thomas Sobiech, The United States of America acting through the United States Department of Agriculture and People of the State of New York,

    Defendants.

foreclosing a mortgage recorded on November 28, 1997 in the Office of the Clerk of the County of Orange, in liber 6388 of mortgages, at page 232, and

in pursuance of a judgment entered at a special term of the Supreme Court of the State of New York on May 9, 2002 and

in consideration of -------- TWO HUNDRED FIFTY THOUSAND DOLLARS-------------($250,000.00) paid by the Grantee, being the highest sum bid at the sale under said judgment does hereby grant and convey unto the Grantee, all the right, title and interest of the defendants in and to

**SEE SCHEDULE "A" ATTACHED HERETO**

**TO HAVE AND TO HOLD** the premises herein granted unto the Grantee Gotham Renovation Group, Inc. and assigns forever.

Whenever the text hereof requires, the singular number as used herein shall include the plural and all genders.

**IN WITNESS WHEREOF,** the grantor has hereunto set his hand and seal, the date first above written.

    _____L.S.
    Richard Greenblatt, Esq., Referee

**In Presence of:**

STATE OF NEW YORK    )
    SS.:
COUNTY OF DUTCHESS    )

    On the 9th day of August, 2004, before me, the undersigned, personally appeared RICHARD GREENBLATT, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

ELISABETH HANKINS
Notary Public, State of New York
Reg. No. 01HA4891265
Qualified in Dutchess County
Commission Expires May 4, 2007

    Elisabeth Hankins
    Notary Public

R & R
8968-1    MITZI WU, ESQ.,170 BROADWAY #1200, NEW YORK, NY 10038

PARCEL II – Section 3, Block 1, Lot 43

ALL that tract or parcel of land situate in the Town of Warwick, County of Orange and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of the Pine Island-Westtown Road, said point being N 25 degrees 52'00" W 21.00 feet from a cross cut in a large rock on the westerly side of said County Road, said cross being over the center of a culvert under the said County Road, said cross being over the center of a culvert under the said County Road, said cross being over the center of a culvert under the said County Road, and running thence (1) along said County Road N 25 degrees 52'00" 64.07 feet to a point; thence; (2) along the lands of Brozdowski S 65 degrees 24'00" W 184.09 feet to a point; thence (3) still along the lands of said Brozdowski N 23 degrees 27'00" W 104.00 feet to an iron pipe driven in the ground; thence (4) still along the lands of said Brozdowski S 65 degrees 24'00" W 275.57 feet to an iron pipe in the line now or formerly of lands of Mrs. Paul Pristupoff; thence (5) along the lands of said Pristupoff and along a stone call S 33 degrees 08'20" E 204.83 to a point; thence (6) along other lands now or formerly of Thaddeus & Theresa M. Sobiech N 60 degrees 48'00" E 430 feet to a point or place of beginning.

TOGETHER with and subject to a right-of-way fifty feet in width from the Southeastern corner of the above described premises in common with others from said point southerly to a 33 foot right-of-way which is North 27 degrees 15' West, 213 feet and North 27 degrees 15' West 492.77 feet from the end of the next to the last course of the premises conveyed by Eva Prisupoff to Vincent Kosuga and Pauline Kosuga by deed dated June 1, 1964 and recorded in the Orange County Clerk's Office o June 4, 1964 in Liber 1664 at p233 and together with a 33 foot right-of-way running from the end of said fifty foot right-of-way South 27 degrees 15' East 492.77 feet to a point which North 27 degrees West 213 feet from the end of the next to the last course in the above referred to deed thence over a 25 foot right-of-way, in common with others from the said point South 27 degrees 15'East to the middle to the Liberty Corners Road.