Bruce Levinson (BL-0749)
Greg Brown (GB 1977)
747 Third Avenue, 4th Floor
New York, NY 10017-2803
Telephone: (212) 750-9898

Lawrence H. Meuers (LM–3461)
Steven M. De Falco
Fla. Bar No. 0733571
5395 Park Central Court
Naples, FL  34109
Telephone: (239) 513-9191

Attorneys for Defendant, Sharyland L.P.
d/b/a Plantation Produce Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**THOMAS P. SOBIECH, ROBIN SOBIECH, NICHRIS CORPORATION, PINE ISLAND GROUP, INC., GOTHAN RENOVATION GROUP, INC., ORANGE COUNTY TRUST COMPANY, JOSEPH WU, SHARYLAND L.P. D/B/A PLANTATION PRODUCE COMPANY, M&M PACKAGING, INC., MELLON BANK, UNITED PENN BANK, PIETRZAK & PFAU ENGINEERING & SURVEING, PLLC, JOHN DOES NOS. 1-10 and JANE DOES NOS. 1-10,**<br><br>    **Defendants.** | Case No.:  07-cv-6335 (CLB)(LMS)(WP)<br><br>**NOTICE OF APPEARANCE**<br><br>**ECF Case** |

PLEASE TAKE NOTICE that the undersigned counsel is counsel for Defendant,

Sharyland L.P. d/b/a Plantation Produce Company.  The undersigned counsel

requests all orders and notices, pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case, whether written or oral, transmitted via e-mail or conveyed by U.S. mail, hand-delivery, telephone, facsimile or otherwise effecting Sharyland L.P. d/b/a Plantation Produce Company in connection with the above-referenced matter be served upon:

| | |
|---|---|
| Bruce Levinson (BL-0749) | Lawrence H. Meuers |
| Greg Brown (GB 1977) | Steven M. De Falco |
| LAW OFFICES OF BRUCE LEVINSON | MEUERS LAW FIRM, P.L. |
| 747 Third Avenue, 4th Floor | 5395 Park Central Court |
| New York, NY  10017 | Naples, FL  34109 |
| Telephone: (212) 750-9898 | Telephone: (239) 513-9191 |
| Facsimile:  (212) 750-2536 | Facsimile:  (239) 513-9677 |
| b.levinson@verizon.net | lmeuers@meuerslawfirm.com |
| gregory.brown@blevlaw.com | sdefalco@meuerslawfirm.com |

The undersigned counsel also requests to be added to the Service Matrix and Appearance List for Sharyland L.P. d/b/a Plantation Produce Company as its counsel of record.

//

//

//

//

//

//

//

//

Dated:   September 6, 2007
         New York, NY

**LAW OFFICES OF BRUCE LEVINSON**

By:  s/Bruce Levinson
    Bruce Levinson (BL-0749)
    Greg Brown (GB 1977)
    747 Third Avenue, 4th Floor
    New York, NY  10017
    Telephone: (212) 750-9898
    Facsimile:  (212) 750-2536
    b.levinson@verizon.net
    gregory.brown@blevlaw.com

**Of Counsel:**
**MEUERS LAW FIRM, P.L.**
Lawrence H. Meuers (LM–3461)
Steven M. De Falco.
Fla. Bar No. 0733571
5395 Park Central Court
Naples, FL   34109
Telephone: (239) 513-9191
Facsimile:  (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

### CERTIFICATE OF SERVICE

    A copy of the foregoing pleading has been served to all registered counsel of record through the Court's ECF system this Thursday, September 06, 2007.

                By:s/ *Bruce Levinson*
                    Bruce Levinson (BL-0749)