Bruce Levinson (BL-0749)
Greg Brown (GB 1977)
747 Third Avenue, 4th Floor
New York, NY 10017-2803
Telephone: (212) 750-9898

Lawrence H. Meuers (LM–3461)
Steven M. De Falco
Fla. Bar No. 0733571
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191

Attorneys for Defendant, Sharyland L.P.
d/b/a Plantation Produce Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>vs.<br><br>**THOMAS P. SOBIECH, ROBIN SOBIECH, NICHRIS CORPORATION, PINE ISLAND GROUP, INC., GOTHAN RENOVATION GROUP, INC., ORANGE COUNTY TRUST COMPANY, JOSEPH WU, SHARYLAND L.P. D/B/A PLANTATION PRODUCE COMPANY, M&M PACKAGING, INC., MELLON BANK, UNITED PENN BANK, PIETRZAK & PFAU ENGINEERING & SURVEING, PLLC, JOHN DOES NOS. 1-10 and JANE DOES NOS. 1-10,**<br><br>    Defendants. | Case No.: 07-cv-6335 (CLB)(LMS)(WP)<br><br>**RULE 7.1 DISCLOSURE STATEMENT**<br><br>ECF Case |

Defendant, Sharyland L.P. d/b/a Plantation Produce Company – a private,

non-governmental party - by and through its undersigned counsel and in accordance

with Rule 7.1 of the Federal Rules of Civil Procedure, and certifies that there are no corporate parents, affiliates and/or subsidiaries of Defendant that are publicly held.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated:     September 6, 2007     **LAW OFFICES OF BRUCE LEVINSON**
           New York, NY

By:  s/Bruce Levinson
     Bruce Levinson (BL-0749)
     Greg Brown (GB 1977)
     747 Third Avenue, 4th Floor
     New York, NY  10017
     Telephone: (212) 750-9898
     Facsimile:  (212) 750-2536
     b.levinson@verizon.net
     gregory.brown@blevlaw.com

**Of Counsel:**
**MEUERS LAW FIRM, P.L.**
Lawrence H. Meuers (LM–3461)
Steven M. De Falco.
Fla. Bar No. 0733571
5395 Park Central Court
Naples, FL   34109
Telephone: (239) 513-9191
Facsimile:  (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

## CERTIFICATE OF SERVICE

A copy of the foregoing pleading has been served to all registered counsel of record through the Court's ECF system this Thursday, September 06, 2007.

By: s/ *Bruce Levinson*
    Bruce Levinson