Joseph J. Haspel
Attorney for Defendants
40 Matthews Street, Ste. 201
Goshen, NY 10924
845-294-8950

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,                   Case No. 07 Civ. 6335

       Plaintiff,

  - against -

THOMAS P. SOBIECH, et al.

       Defendants.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned hereby certifies that no other coporation, public or provide, owns any stock in defendant Nicris Corporation.

September 13, 2007

                           /s/ Joseph J. Haspel, Esq. (JJH-5753)
                           Joseph J. Haspel
                           *Attorney for Defendants Sobiech*
                           *And Nichris*
                           40 Matthews Street
                           Suite 201
                           Goshen, New York 10924
                           845-294-8950