## MACVEAN, LEWIS, SHERWIN & MCDERMOTT, P. C.

ATTORNEYS AT LAW

KENNETH A. MACVEAN
(1926-1999)
KERMIT W. LEWIS
(1923-2002)
PAUL T. MCDERMOTT
JEFFREY D. SHERWIN
THOMAS P. CLARKE
KEVIN F. PRESTON
JAMES V. GALVIN

JOHN M. CLANCY
OF COUNSEL

FEROL REED-MCDERMOTT

34 GROVE STREET – P.O. BOX 310
MIDDLETOWN, NEW YORK 10940

(845) 343-3000
FAX (845) 343-3866

August 28, 2007

LOUIS H. SHERWIN, PLLC
OF COUNSEL

SAMUEL W. EAGER, JR.
(1928-2003)
V. FRANK CLINE
(1919-1997)
PETER G. STRIPHAS
(1929-1986)
HENRY B. MERRITT
(1894-1989)

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quaroppas Place
White Plains, New York 10601

*DOCKET IN CASE #*
*AS: Letter*
*DATE:*
*CLB/USDJ*

RE:   United States v. Sobiech, et al.
      Case No. 6335(CLB) (LMS)

Dear Judge Brieant:

   We represent Orange County Trust Company, a defendant and lienholder in the mortgage foreclosure proceeding referenced above. By a letter dated August 21, 2007 from the United States Attorneys Office, we were advised of a conference in this matter to be held on September 21, 2007.

   While our firm has appeared on behalf of Orange County Trust Company, we waived service of documents and demand of all proceedings, with limited exceptions. A copy of a notice of appearance and waiver of demand is enclosed. We intend to merely monitor the case on behalf of our client, not to actively defend it.

   For this reason, we do not plan on attending the September 21 conference. If the Court requires it, however, we will attend.

Respectfully yours,

KEVIN F. PRESTON

KFP:mb
Encl.
cc:   United States Attorneys Office
      See Schedule "A" annexed hereto

Thomas P. Sobiech
P.O. Box 7
Pine Island, NY 10969

Robin Sobiech
P.O. Box 7
Pine Island, NY 10969

Nichris Corp.
P.O. Box 221
Pine Island, NY 10969

Pine Island Group, Inc.
827 County Route 1
Pine Island, NY 10969

Gotham Renovation Group, Inc.
455 Crescent Street
Brooklyn, NY 11208

Orange County Trust Company
c/o MacVean, Lewis, Sherwin &
McDermott, P.C.
Attention: Kevin F. Preston, Esq.
P.O. Box 310
Middletown, NY 10940

Joseph Wu
176 Broadway, Suite 9D
New York, NY 10038

Sharyland L.P. d/b/a Plantation Produce
Company
P.O. Box 1043
Mission, TX 78573-1043

M&M Packaging Inc.
401 Pulaski Highway
Goshen, NY 10924

Mellon Bank
1735 Market Street
8th Floor
Philadelphia, PA 19103

United Penn Bank
c/o Mellon Bank
1735 Market Street
8th Floor
Philadelphia, PA 19103

Pietrzak & Pfau Engineering & Surveying,
PLLC
262 Greenwich Avenue
Goshen, NY 10924

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,

       Plaintiff,

 -against-          NOTICE OF APPEARANCE
               AND WAIVER OF DEMAND

THOMAS P. SOBIECH, ROBIN SOBIECH, CASE NO. 07 CV 6335
NICHRIS CORPORATION, PINE ISLAND
GROUP, INC., GOTHAM RENOVATION GROUP,
INC., ORANGE COUNTY TRUST COMPANY,
JOSEPH WU, SHARYLAND L.P. d/b/a
PLANATION PRODUCE COMPANY, M&M
PACKAGING, INC., MELLON BANK, UNITED
PENN BANK, PIETRZAK & PFAU ENGINEERING
& SURVEYING, PLLC, JOHN DOES NOS.
1-10 AND JANE DOES NOS. 1-10,

       Defendants.
------------------------------------------X

  PLEASE TAKE NOTICE, that defendant ORANGE COUNTY TRUST COMPANY hereby appears in this proceeding by its attorneys, MacVean, Lewis, Sherwin & McDermott, P. C., and waives service of all papers and notice of all proceedings herein except for notice of application for discontinuance of action, judgment of foreclosure and sale, notice of sale, referee's report of sale and notice of all proceedings to obtain surplus monies.

Dated: July 25, 2007
   Middletown, New York

                                      MacVean, Lewis, Sherwin
                                          & McDermott, P.C.

                                By: _____
                                     Kevin F. Preston
                                 Attorneys for Defendant,
                                 Orange County Trust Company
                                 34 Grove Street – Box 310
                                 Middletown, New York 10940
                                 (845) 343-3000

TO:
Michael J. Garcia
U.S. Attorney for the Southern District of New York
By: Kristin L. Vassallo, Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF ORANGE     )

RE:   United States of America v. Sobiech, et al
      Case No.  07 CV 6335 (US District Court/Southern
         District of New York)

    Corinna Quade, being duly sworn, deposes and says:  I am not a party to the action, am over 18 years of age and reside in Middletown, New York.

    On July  25, 2007, I served a true copy of the notice of appearance and waiver of demand (dated 7/25/07)  - by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:
Michael J. Garcia
US Attorney for the Southern District of New York
By: Kristin L. Vassallo, Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007

                                                _____
                                                Corinna Quade

Sworn to before me this
25th day of July 2007.

_____
Notary Public

FLORENCE McDERMOTT
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GA4751957
QUALIFIED IN ORANGE COUNTY
MY COMMISSION EXPIRES JAN. 31, 20__