| | | |
|---|---|---|
| GERALD N. JACOBOWITZ<br>DAVID B. GUBITS<br>JOHN H. THOMAS JR.<br>GERALD A. LENNON<br>PETER R. ERIKSEN<br>HOWARD PROTTER<br>DONALD G. NICHOL<br>LARRY WOLINSKY<br>ROBERT E. DINARDO<br>J. BENJAMIN GAILEY<br>MARK A. KROHN*<br>JOHN C. CAPPELLO<br>GEORGE W. LITHCO<br>MICHAEL L. CAREY<br>*LL.M. IN TAXATION | **JACOBOWITZ AND GUBITS, LLP**<br><br>COUNSELORS AT LAW<br><br>158 ORANGE AVENUE<br>POST OFFICE BOX 367<br>WALDEN, NEW YORK 12586-0367<br><br>(845) 778-2121   (845) 778-5173 FAX<br>E-mail: info@jacobowitz.com | G. BRIAN MORGAN<br>KIRK VAN TASSELL<br>SANFORD R. ALTMAN<br>MARK T. STARKMAN<br>AMANDA B. BRADY<br>MICHELE L. BABCOCK<br>GARY M. SCHUSTER<br>WILLIAM E. DUQUETTE<br>JOSEPH J. RANNI<br>AUDREY L. F. SCOTT<br>CARMEE G. MURPHY<br>ALYSE D. TERHUNE<br>KARA J. CAVALLO<br><br>PAULA ELAINE KAY*<br>IRA J. COHEN*<br>*Of Counsel |

September 20, 2007

**Via Fax 914-390-4085**
Hon. Charles L. Brieant
US Bankruptcy Court
Southern District of New York
300 Quarropas Avenue
White Plains, New York 10601

      RE:    United States v. Sobiech et al
              Case No. 07 Civ. 6335 (CLB)
              Our File No. 7922-2

Dear Judge Brieant:

      Upon consent of counsel to the Plaintiff, I write this letter on behalf of Joseph Wu requesting that the time to answer the complaint in this matter be extended to September 21, 2007.

      Mr. Wu maintains that the interest of the plaintiff in certain property is owned by Pine Island Group, Inc. and Gotham Renovation Group, Inc. in which Mr. Wu has a mortgage interest was cut off by a prior foreclosure.

      The Court has set September 21, 2007 as the date of the preliminary conference.

                                                 Very truly yours,

                                                 Michael L. Carey

cc:    Kristin Vassallo, Esq.      **Via Fax (212) 637-2730**

T:\DOCS\7922\002\16V9733.WPD-LR