*Law Offices of*
*Bruce Levinson, Esq.*
*747 Third Avenue, New York, New York 10017-2803*
*Tel: (212) 750-9898   Fax: (212) 750-2536*
*E-mail: b.levinson@verizon.net*

September 18, 2007

Via U.S. Mail and
Facsimile (914) 390-4085

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quaroppas Street, Room 275
White Plains, New York 10601

    Re:    United States v. Sobiech, et al.; Case No. 07-cv-6335

Honorable Sir:

    This firm represents Defendant Sharyland L.P. d/b/a Plantation Produce Company in the above-entitled matter. This correspondence serves as our request to be excused from the September 21, 2007 hearing for the following reason.

    On July 20, 2001, Sharyland L.P. obtained a Judgment against Defendants, Nichris Corp. and Thomas P. Sobiech in a case entitled Sharyland L.P. d/b/a Plantation Produce Co. v. Nichris Corp., et al, case number 1:01-cv-00639-SAS Sharyland L.P. recorded its Judgment in the Office of the Clerk of Orange County on or about April 9, 2002.

    Other than the facts pertaining to its Judgment, Sharyland L.P. is without sufficient knowledge or information regarding the main allegations by the United States against Defendants, Nichris Corp. and Thomas P. Sobiech. Thus, Sharyland L.P. intends to monitor the case as it pertains to proceeds from a foreclosure of the subject real property, upon which Sharyland L.P. has executed a Judgment Lien.

Hon. Charles L. Brieant
September 18, 2007
Page 2

    For this reason, we request to be excused from the September 21st hearing. However, we will attend the hearing if the Court requires our presence.

Respectfully yours,

Bruce Levinson, Esq.

cc:    Joseph J. Haspel
       Fax: (845) 294-3843

       Kristin L. Vassallo
       Fax: (212) 637-2730

       Michael David Pinsky
       Fax: (845) 294 9384

       Kevin F. Preston
       Fax: (845) 343-3866