

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

October 16, 2007

**BY FAX: (914) 390-4085**

The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: United States v. Sobiech, et al., 07 Civ. 6335 (CLB)

Dear Judge Brieant:

I am the Assistant United States Attorney assigned to the above-referenced case, a mortgage foreclosure action brought by the United States. At an initial pretrial conference before the Court on September 21, 2007, Your Honor allowed the Government until October 22, 2007 to file an amended complaint so that we could obtain the titlework necessary to determine which pieces of property are still subject to the Government's mortgages. Because of the number and complexity of the parcels, however, the title search has taken longer than we anticipated, and we have not yet received the results. Accordingly, we respectfully request a three-week extension of the deadline to file an amended complaint, to November 12, 2007.

This is the Government's first request for an extension of time to file an amended complaint. I have contacted the counsel for the Sobiechs, Nichris Corp., Gotham Renovation Group, and Joseph Wu, and they do not oppose the Government's request.

Thank you very much for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
KRISTIN L. VASSALLO
Assistant United States Attorney
Tel.: (212) 637-2822
Fax: (212) 637-2730

*[Handwritten in left margin:] Application granted So ORDERED Charles Brieant USDJ October 22, 2007*

cc: **BY FAX: 845-294-3843**
Joseph Haspel, Esq.
40 Matthews Street
Goshen, NY 10924

**BY FAX: 845-294-9384**
Michael Pinsky, Esq.
211 Main Street
Post Office Box 148
Goshen, NY 10924

**BY FAX: (845) 778-5173**
Michael L. Carey, Esq.
Jacobowitz and Gubits LLP
158 Orange Avenue
P.O. Box 367
Walden, NY 12586

2