# ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
## THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE

**TYPE NAME(S) OF PARTY(S) TO DOCUMENT: BLACK INK**

Thomas P. + Robin Sobiech
PO Box 221
Pine Island, NY 10969

To:
FARM SERVICE AGENCY
MIDDLETOWN SERVICE CENTER
225 DOLSON AVE RM 101
MIDDLETOWN NY 10940 6539
TEL (914) 343-1872

Various

SECTION __11__ BLOCK __1__ LOT __28__

TOWN OF WARWICK

**RECORD AND RETURN TO:**
(Name and Address)

FARM SERVICE AGENCY
MIDDLETOWN SERVICE CENTER
225 DOLSON AVE RM 101
MIDDLETOWN NY 10940 6539
TEL (914) 343-1872

THERE IS NO FEE FOR THE RECORDING OF THIS PAGE

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH

RECORDED INSTRUMENT ONLY

**DO NOT WRITE BELOW THIS LINE**

**INSTRUMENT TYPE:** DEED ___ MORTGAGE ✓ SATISFACTION ___ ASSIGNMENT ___ OTHER ___

### PROPERTY LOCATION

| Code | Location | Code | Location |
|---|---|---|---|
| 2089 | BLOOMING GROVE (TN) | 4289 | MONTGOMERY (TN) |
| 2001 | WASHINGTONVILLE (VLG) | 4201 | MAYBROOK (VLG) |
| 2289 | CHESTER (TN) | 4203 | MONTGOMERY (VLG) |
| 2201 | CHESTER (VLG) | 4205 | WALDEN (VLG) |
| 2489 | CORNWALL (TN) | 4489 | MOUNT HOPE (TN) |
| 2401 | CORNWALL (VLG) | 4401 | OTISVILLE (VLG) |
| 2600 | CRAWFORD (TN) | 4600 | NEWBURGH (TN) |
| 2800 | DEERPARK (TN) | 4800 | NEW WINDSOR (TN) |
| 3089 | GOSHEN (TN) | 5089 | TUXEDO (TN) |
| 3001 | GOSHEN (VLG) | 5001 | TUXEDO PARK (VLG) |
| 3003 | FLORIDA (VLG) | 5200 | WALLKILL (TN) |
| 3005 | CHESTER (VLG) | 5489 ✓ | WARWICK (TN) |
| 3200 | GREENVILLE (TN) | 5401 | FLORIDA (VLG) |
| 3489 | HAMPTONBURGH (TN) | 5403 | GREENWOOD LAKE (VLG) |
| 3401 | MAYBROOK (VLG) | 5405 | WARWICK (VLG) |
| 3689 | HIGHLANDS (TN) | 5600 | WAWAYANDA (TN) |
| 3601 | HIGHLAND FALLS (VLG) | 5889 | WOODBURY (TN) |
| 3889 | MINISINK (TN) | 5801 | HARRIMAN (VLG) |
| 3801 | UNIONVILLE (VLG) | | |
| 4089 | MONROE (TN) | | **CITIES** |
| 4001 | MONROE (VLG) | 0900 | MIDDLETOWN |
| 4003 | HARRIMAN (VLG) | 1100 | NEWBURGH |
| 4005 | KIRYAS JOEL (VLG) | 1300 | PORT JERVIS |
| | | 9999 | HOLD |

NO. PAGES __12__   CROSS REF ___
CERT. COPY ___   AFFT. ___

PAYMENT TYPE: CHECK ✓
CASH ___
CHARGE ___
NO FEE ___

CONSIDERATION $ ___
TAX EXEMPT ___

MORTGAGE AMT $ __150,000__
DATE __5-7-99__

**MORTGAGE TYPE:**
___ (A) COMMERCIAL
___ (B) 1 OR 2 FAMILY
___ (C) UNDER $10,000.
✓ (E) EXEMPT
___ (F) 3 TO 6 UNITS
___ (I) NAT.PERSON/CR.UNION
___ (J) NAT.PER-CR.UN/I OR 2
___ (K) CONDO

RECEIVED FROM: __USDA__

LIBER __7234__ PAGE __322__

LIBER 7234 PAGE 322
ORANGE COUNTY CLERKS OFFICE   30111 DAB
RECORDED/FILED 05/27/1999 01:40:26 PM
FEES        41.00 EDUCATION FUND        5.00
SERIAL NUMBER: CQ002538

MTG CNTL NO   13933   MTAX        .00

USDA
Form RD 1927-1NY
(Rev. 7-97)

Position 5

# REAL ESTATE MORTGAGE FOR NEW YORK

*m.G.*

THIS MORTGAGE is made and entered into by THOMAS P. SOBIECH AND ROBIN SOBIECH; ~~THOMAS P. SOBIECH D/B/A NICHRIS CORPORATION~~

residing in ORANGE _____ County, whose post office address is

PO BOX 221, PINE ISLAND, NY 10969 _____ herein called "Borrower," and the United States of America, acting through the United States Department of Agriculture, herein called the "Government," and:

WHEREAS Borrower is indebted to the Government as evidenced by one or more promissory notes or assumption agreements or any shared appreciation or recapture agreement, herein called "note," which has been executed by Borrower, is payable to the order of the Government, authorizes acceleration of the entire indebtedness at the option of the Government upon any default by Borrower, and is described as follows:

| Date of Instrument | Principal Amount Plus Non-Capitalized Interest | Annual Rate of Interest | Due Date of Final Installment |
|---|---|---|---|
| MAY 7, 1999 | $150,000.00 | 3.75% | MAY 7, 2006 |
| MAY 7, 1999 | $ 87,007.74 | 3.75% | MAY 7, 2014 |
| MAY 7, 1999 | $174,359.65 | 5.00% | MAY 7, 2014 |

(Non-capitalized interest only applies in the case of farm loans being serviced in accordance with 7 C.F.R. part 1951, subpart S.)

(The interest rate for limited resource farm ownership or limited resource pertaining loan(s) secured by this instrument may be increased as provided in the Government regulations and the note.)

And the note evidences a loan to Borrower, and the Government, at any time, may assign the note and insure the payment thereof pursuant to the Consolidated Farm and Rural Development Act, or Title V of the Housing Act of 1949 as amended, or any other statutes administered by the Government.

And it is the purpose and intent of this instrument that, among other things, at all times when the note is held by the Government, or in the event the Government should assign this instrument, this instrument shall secure payment of the note;

And this instrument also secures the recapture of any deferred principal and interest or of any interest credit and subsidy which may be granted to the Borrower by the government pursuant to 42 U.S.C. §§1472(g) or 1490a, respectively, or any amount due under any Shared Appreciation/Recapture Agreement entered into pursuant to 7 U.S.C. § 2001.

And the debt instruments executed at the time of loan closing constitutes an obligation on the part of the Government to disburse all funds at one time or in multiple advances, provided the funds are for purposes authorized by the Government at the time of loan closing. This obligatory commitment takes priority over any intervening liens or advances by other creditors regardless of the provisions of the State laws involved:

NOW, THEREFORE, (a) at all times when the note is held by the Government, or in the event the Government should assign this instrument, secure prompt payment of the note and any renewals and extensions thereof and any agreements contained therein, and (b) in any event and at all times to secure the prompt payment of all advances and expenditures made by the Government, with interest, as hereinafter described, and the performance of every covenant and agreement of Borrower contained herein or in any supplementary agreement, Borrower hereby grant, bargains, sells, conveys, assigns, mortgages and forever warrants unto the Government the following property, herein called "the Property" situated in the County of

ORANGE _____ State of New York

*USDA, FARM SERVICE AGENCY, 441 SO. SALINA ST., SUITE 356, RM. 536, SYRACUSE NY 13202
Current serving office address:  225 Dolson Ave., Rm 101, Middletown, NY 10940
(914) 343-1872, Ext. 2

RD 1927-1 NY (Rev. 7-97)

SCHEDULE A

PARCEL I :    (1) ALL THAT TRACT, PIECE OR PARCEL OF LAND, situate, lying and being in the Town of Warwick, County of Orange, State of New York, being a part of Lot "A" on a Map of Mission Lands made by V.K. Mills, dated October 17, 1905 on file in Orange County Clerk's Office, bounded and described as follows, viz:

BEGINNING at a point in the middle of the public highway leading from Pine Island to Westtown, the said point of beginning is South 22° 30' East 2110.7 feet from the northeast corner of the said Lot "A" of the Mission Lands; running thence from the said point of beginning, (1) South 22° 30' East 328.9 feet along the middle of the said public highway to a point; thence (2) South 68° 10' West 799.2 feet along the middle of a highway which crosses the said Lot "A" and which is north of the Lehigh and New England Railroad, to a point; thence (3) North 22° 30' West 326.2 feet along land of Brozdowski to a point; thence (4) North 68° 03' East 798.8 feet across Lot "A" to a point of beginning. CONTAINING 6 Acres, more or less.

(2) ALSO ALL THAT TRACT, PIECE OR PARCEL OF LAND, situated, lying and being in the Town of Warwick, County of Orange, State of New York, being a part of Lot "A" on a Map of Mission Lands made by V.K. Mills, dated October 17, 1905 on file in Orange County Clerk's Office, bounded and described as follows, viz:

BEGINNING at a point in the middle of the public highway leading from Pine Island to Westtown; the said point of beginning is South 22° 30' East 2439.6 feet from the northeast corner of the said Lot "A" of the Mission Lands and is also on range with the middle of a public road which crosses the said Lot "A" north of the Lehigh and New England Railroad; running thence from the point of beginning (1) South 22° 30' East 335.1 feet along the middle of the Pine Island-Westtown Road, previously mentioned, to the north line of the said Lehigh and New England Railroad right of way; thence (2) along the said north line of the Railroad on a curved course the direction of which is northwesterly and westerly a distance of 865.2 feet to a point; thence (3) North 22° 30' West 31.6 feet along land of Brozdowski to a point in the middle of the said public road which crosses the said Lot "A", thence (4) North 68° 10' East 799.2 feet along the middle of the said road to the point of beginning. CONTAINING 2.653 Acres more or less.

TOGETHER with a right of way over the right of way running from the Pine Island-Westtown Highway to and through said lands and through other lands of first party, as now laid out and used and subject to the rights of such other persons as may be entitled to use the same.

SUBJECT to the rights of the public in highways hereinabove mentioned.

BEING a portion of the premises described in a deed dated July 8, 1927 from Lewis J. Stage, Referee, to Lewis Gardella and recorded in the Orange County Clerk's Office on July 19, 1927 in Liber 677 of Deeds at Page 289.

SUBJECT to rights, if any, in grant dated January 14, 1932 from Lewis Gardella to Orange and Rockland Electric Co. and recorded in the Orange County Clerk's Office on March 8, 1932 in Liber 727 of Deeds at Page 249.

SUBJECT to rights, if any, in grant dated March 15, 1936 from Lewis Gardella to Orange and Rockland Electric Co. and recorded in the Orange County Clerk's Office on May 28, 1936 in Liber 770 of Deeds at Page 371.