# ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
## THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE

TYPE IN BLACK INK:
NAME(S) OF PARTY(S) TO DOCUMENT

GAC3827   SECTION _VARIOUS_   BLOCK ____   LOT ____

Thomas P. Sobiech f/k/a Thomas Sobiech & and Robin Sobiech; Thomas P. Sobiech D/B/A/ Nichris Corp.

TO

USDA, Farm Service Agency

RECORD AND RETURN TO:
(name and address)

Farm Service Agency, USDA
225 Dolson Avenue, Room 101
Middletown, NY 10940

THIS IS PAGE ONE OF THE RECORDING

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH RECORDED INSTRUMENT ONLY

__DO NOT WRITE BELOW THIS LINE__

**INSTRUMENT TYPE:** DEED ____ MORTGAGE ✓ SATISFACTION ____ ASSIGNMENT ____ OTHER ____

## PROPERTY LOCATION

- 2089 BLOOMING GROVE (TN)
- 2001   WASHINGTONVILLE (VLG)
- 2289 CHESTER (TN)
- 2201   CHESTER (VLG)
- 2489 CORNWALL (TN)
- 2401   CORNWALL (VLG)
- 2600 CRAWFORD (TN)
- 2800 DEERPARK (TN)
- 3089 GOSHEN (TN)
- 3001   GOSHEN (VLG)
- 3003   FLORIDA (VLG)
- 3005   CHESTER (VLG)
- 3200 GREENVILLE (TN)
- 3489 HAMPTONBURGH (TN)
- 3401   MAYBROOK (VLG)
- 3689 HIGHLANDS (TN)
- 3601   HIGHLAND FALLS (VLG)
- 3889 MINISINK (TN)
- 3801   UNIONVILLE (VLG)
- 4089 MONROE (TN)
- 4001   MONROE (VLG)
- 4003   HARRIMAN (VLG)
- 4005   KIRYAS JOEL (VLG)
- 4289 MONTGOMERY (TN)
- 4201   MAYBROOK (VLG)
- 4203   MONTGOMERY (VLG)
- 4205   WALDEN (VLG)
- 4489 MOUNT HOPE (TN)
- 4401   OTISVILLE (VLG)
- 4600 NEWBURGH (TN)
- 4800 NEW WINDSOR (TN)
- 5089 TUXEDO (TN)
- 5001   TUXEDO PARK (VLG)
- ✓ 5200 WALLKILL (TN)
- ✓ 5489 WARWICK (TN)
- 5401   FLORIDA (VLG)
- 5403   GREENWOOD LAKE (VLG)
- 5405   WARWICK (VLG)
- 5600 WAWAYANDA (TN)
- 5889 WOODBURY (TN)
- 5801   HARRIMAN (VLG)

**CITIES**
- 0900 MIDDLETOWN
- 1100 NEWBURGH
- 1300 PORT JERVIS
- 9999 HOLD

NO. PAGES 19   CROSS REF. ____
CERT. COPY ____   ADD'L X-REF. ____
MAP# ____   PGS. ____

PAYMENT TYPE:   CHECK ✓
                CASH ____
                CHARGE ____
                NO FEE ____

CONSIDERATION $ ____
TAX EXEMPT ____

MORTGAGE AMT. $ 75,000 —
DATE 9-19-cu

**MORTGAGE TAX TYPE:**
- ____ (A) COMMERCIAL/FULL 1%
- ____ (B) 1 OR 2 FAMILY
- ✓ (C) UNDER $10,000
- ✓ (E) EXEMPT
- ____ (F) 3 TO 6 UNITS
- ____ (I) NAT. PERSON/CR. UNION
- ____ (J) NAT. PER-CR. UN/1 OR 2
- ____ (K) CONDO

_Donna L. Benson_
**DONNA L. BENSON**
ORANGE COUNTY CLERK

RECEIVED FROM: _Bill_

LIBER 7993 PAGE 291

---

LIBER 7993   PAGE 291

ORANGE COUNTY CLERKS OFFICE   53849 MRL
RECORDED/FILED 09/27/2000 03:44:52 PM

FEES       56.00 EDUCATION FUND         5
SERIAL NUMBER: CR007365

USDA
Form RD 1927-1NY
(Rev. 7-97)

# REAL ESTATE MORTGAGE FOR NEW YORK

*f/k/a Thomas Sobiech*

THIS MORTGAGE is made and entered into by **Thomas P. Sobiech and Robin Sobiech; Thomas P. Sobiech D/B/A Nichris Corp.** residing in **ORANGE** County, whose post office address is **PO Box 221 Pine Island, NY 10969** herein called "Borrower," and the United States of America, acting through the United States Department of Agriculture, herein called the "Government, **USDA, Farm Service Agency, 441 S. Salina Street, Suite 356, Rm. 536, Syracuse NY 13202**," and:

WHEREAS Borrower is indebted to the Government as evidenced by one or more promissory notes or assumption agreements or any shared appreciation or recapture agreement, herein called "note," which has been executed by Borrower, is payable to the order of the Government, authorized acceleration of the entire indebtedness at the option of the Government upon any default by Borrower, and is described as follows:

| Date of Instrument | Principal Amount Plus Non-Capitalized Interest | Annual Rate of Interest | Due Date of Final Installment |
|---|---|---|---|
| May 7, 1999 | $150,000.00 | 3.75% | May 7, 2006 |
| May 7, 1999 | $174,359.65 | 5.00% | May 7, 2014 |
| May 7, 1999 | $87,007.74 | 3.75% | May 7, 2014 |
| September 19, 2000 | $75,000.00 | 3.75% | September 19, 2020 |

(Non-capitalized interest only applies in the case of farm loans being serviced in accordance with 7 C.F.R. part 1951, subpart S.)
(The interest rate for limited resource farm ownership or limited resource pertaining loan(s) secured by its instrument may be increased as provided in the Government regulations and the note.)

And the note evidences a loan to Borrower, and the Government, at any time, may assign the note and insure the payment thereof pursuant to the Consolidated Farm and Rural Development Act, or title V of the Housing Act of 1949 as amended, or any other statues administered by the Government.

And it is the purpose and intent of this instrument that, among other things, at all times when the note is held by the Government, or in the event the Government should assign this instrument, this instrument shall secure payment of the note;

And this instrument also secures the recapture of any deferred principal and interest or of any interest credit and subsidy which may be granted to the Borrower by the government pursuant to 42 U.S.C. §§ 1472(g) or 1490a, respectively, or any amount due under any Shared Appreciation/Recapture Agreement entered into pursuant to 7 U.S.C. § 2001.

And the debt instruments executed at the time of loan closing constitutes an obligation on the part of the Government to disburse all funds at one time or in multiple advances, provided the funds are for purposes authorized by the Government at the time of loan closing. This obligatory commitment takes priority over any intervening liens or advances by other creditors regardless of the provisions of the State laws involved:

NOW THEREFORE, (a) at all times when the note is held by the Government, or in the event the Government should assign this instrument, secure prompt payment of the note and any renewals and extensions thereof and any agreements contained therein, and (b) in any event and at all times to secure the prompt payment of all advances and expenditures made by the Government, with interest, as hereinafter described, and the performance of every covenant and agreement of Borrower contained herein or in any supplementary agreement, Borrower hereby grant, bargains, sells, conveys, assigns, mortgages and forever warrants unto the Government the following property, herein called "the property" situated in the **County of ORANGE, State of New York**

RD 1927-1 NY (Rev. 7-97)

Return to: FARM SERVICE AGENCY, USDA
225 Dolson Avenue, Rm 101
Middletown, NY 10940

LIBER 7993 PAGE 292

SEE SCHEDULE A

'ogether with all rights (including the rights to mining products, gravel, oil, gas, coal or other minerals), interests, easements, hereditament and ppurtenances thereunto belonging, the rents, issues, and profits thereof and revenues and income therefrom, all improvements, all water, water ights, and water stock pertaining thereto, and all payments at any time owing to Borrower by virtue of any sale, lease, transfer, conveyance, or ondemnation of any part thereof or interest therein-all of which are herein called "the property",

BORROWER for the Borrower's self, Borrower's heirs, executors, administrators, successors and assigns COVENANTS AND AGREES s follows:
(1)  To pay promptly when due any indebtedness to the Government hereby secured.
(2)  To pay to the Government such fees and other charges as may now or hereafter be required by the Government regulations.
(3)  If required by the government, to make additional monthly payments of 1/12 of the estimated annual taxes, assessments, Insurance premiums and other charges upon the mortgaged premises.
(4)  The Government may at any time pay any other amounts including advances for payment of prior or junior liens, required herein to be paid by Borrower and not paid by Borrower when due, as well as any costs and expenses for the preservation, Protection, or enforcement of this lien, as advances for Borrower's account. All such advances shall bear interest at the rate borne by the note which has the highest interest rate.

(5)  All advances by the Government, including advances for payment of prior or junior liens, in addition to any advances required by the terms of the note, as described by this instrument, with interest shall be immediately due and payable by Borrower to the Government without demand at the place designated in the latest note and shall be secured hereby. No such advance by the Government shall relieve Borrower from breach of Borrower's covenant to pay. Any payment made by Borrower may be applied on the note or any indebtedness to the Government secured hereby, in any order the Government determines.

LIBER 7993 PAGE 307

*Profit sharing pwn ler* [margin note]

PARCEL I : (1) ALL THAT TRACT, PIECE OR PARCEL OF LAND, situate, lying and being in the Town of Warwick, County of Orange, State of New York, being a part of Lot "A" on a Map of Mission Lands made by V.K. Mills, dated October 17, 1905 on file in Orange County Clerk's Office, bounded and described as follows, viz:

*matches Referee Deed of 9/2/94* [margin note]

BEGINNING at a point in the middle of the public highway leading from Pine Island to Westtown, the said point of beginning is South 22° 30' East 2110.7 feet from the northeast corner of the said Lot "A" of the Mission Lands; running thence from the said point of beginning, (1) South 22° 30' East 328.9 feet along the middle of the said public highway to a point; thence (2) South 68° 10' West 799.2 feet along the middle of a highway which crosses the said Lot "A" and which is north of the Lehigh and New England Railroad, to a point; thence (3) North 22° 30' West 326.2 feet along land of Brozdowski to a point; thence (4) North 68° 03' East 798.8 feet across Lot "A" to a point of beginning. CONTAINING 6 Acres, more or less.

(2) ALSO ALL THAT TRACT, PIECE OR PARCEL OF LAND, situated, lying and being in the Town of Warwick, County of Orange, State of New York, being a part of Lot "A" on a Map of Mission Lands made by V.K. Mills, dated October 17, 1905 on file in Orange County Clerk's Office, bounded and described as follows, viz:

BEGINNING at a point in the middle of the public highway leading from Pine Island to Westtown; the said point of beginning is South 22° 30' East 2439.6 feet from the northeast corner of the said Lot "A" of the Mission Lands and is also on range with the middle of a public road which crosses the said Lot "A" north of the Lehigh and New England Railroad; running thence from the point of beginning (1) South 22° 30' East 335.1 feet along the middle of the Pine Island-Westtown Road, previously mentioned, to the north line of the said Lehigh and New England Railroad right of way; thence (2) along the said north line of the Railroad on a curved course the direction of which is northwesterly and westerly a distance of 865.2 feet to a point; thence (3) North 22° 30' West 31.6 feet along land of Brozdowski to a point in the middle of the said public road which crosses the said Lot "A", thence (4) North 68° 10' East 799.2 feet along the middle of the said road to the point of beginning. CONTAINING 2.653 Acres more or less.

*Matches Referee Deed 9/6/94* [margin note]

TOGETHER with a right of way over the right of way running from the Pine Island-Westtown Highway to and through said lands and through other lands of first party, as now laid out and used and subject to the rights of such other persons as may be entitled to use the same.

SUBJECT to the rights of the public in highways hereinabove mentioned.

BEING a portion of the premises described in a deed dated July 8, 1927 from Lewis J. Stage, Referee, to Lewis Gardella and recorded in the Orange County Clerk's Office on July 19, 1927 in Liber 677 of Deeds at Page 289.

SUBJECT to rights, if any, in grant dated January 14, 1932 from Lewis Gardella to Orange and Rockland Electric Co. and recorded in the Orange County Clerk's Office on March 8, 1932 in Liber 727 of Deeds at Page 249.

SUBJECT to rights, if any, in grant dated March 15, 1936 from Lewis Gardella to Orange and Rockland Electric Co. and recorded in the Orange County Clerk's Office on May 28, 1936 in Liber 770 of Deeds at Page 371.

BEING a p...on of the premises described in ...d dated March 26, 1940 from ...anny Wieman to Vincent A. Krasn...icz and Kazmiera C. Krasniewicz, his wife, and recorded in the Orange County Clerk's Office on March 27, 1940 in Liber 834 of Deeds at Page 175.

SUBJECT to rights, if any, in grant dated April 26, 1949 from Vincent A. Krasniewicz and Catherine Krasniewicz, his wife, to Home Gas Co. and recorded in the Orange County Clerk's Office on May 24, 1949 in Liber 1123 of Deeds at Page 27.

BEING the same premises described in a deed dated October 22, 1956 from Vincent A. Krasniewicz and Kazmiera C. Krasniewicz, his wife, to Thaddeus Sobiech and Theresa M. Sobiech, his wife, and recorded in the Orange County Clerk's Office on October 24, 1956 in Liber 1405 of Deeds at Page 336.

PARCEL II: ALL THAT TRACT, PIECE OR PARCEL OF LAND, situate, lying and being in the Town of Warwick, County of Orange, State of New York, said premises being described in accordance with a survey made by A.V.D. Wallace, Jr., dated May 29, 1966, revised August 23, 1966, said premises being more particularly bounded and described as follows:

BEGINNING at a point on the assumed northeast line of Pine Island-Westtown Highway, the said point of beginning is in the middle of a ditch on the boundary line between land of John J. Brozdowski, Jr. and land formerly of Smith Wilcox, now land of Ralph and Anna Sadowski, the said point of beginning is 26 feet northeast from a point on the highway bridge at the intersection of the center line of the highway and the center line of the ditch; running thence (1) North 71° 04-1/2' East 2536.09 feet along the middle of the said ditch and along land of Ralph and Anna Sadowski, and along land of John J. Brozdowski and John J. Brozdowski, Jr., to an iron pipe driven into the ground; thence (2) South 54° 07' East 122.00 feet along the middle of the ditch and along the said Brozdowski land to a point on the west bank of Pochuck Creek; thence along the bank of the Creek, the following nine courses, namely: (3) South 34° 26' West 86.05 feet; (4) South 56° 03' West 200.00 feet to an iron pipe driven into the ground; (5) South 10° 17' East 319.00 feet to an iron pipe driven into the ground; (6) North 72° 48' East 161.00 feet to an iron pipe driven into the ground; (7) South 8° 42' East 275.00 feet crossing the new cut-off channel; (8) South 47° 27' East 249.00 feet to an iron pipe driven into the ground; (9) South 27° 23' West 156.00 feet to an iron pipe driven into the ground; (10) South 83° 03' West 68.00 feet to an iron pipe driven into the ground; and (11) North 39° 32' West 229.00 feet crossing the new cut-off channel to an iron pipe driven into the ground; thence along the north and west bank of the Creek on an assumed former course, the following three courses, namely: (12) South 83° 53' West 100.00 feet to an iron pipe driven into the ground; (13) South 39° 33' West 100.00 feet; and (14) South 19° 33' West 110.45 feet to an iron pipe driven into the ground; thence along the southeast line of a right of way 12 feet wide, and along land which was conveyed by John J. Brozdowski to Edward and Rose Gerczak by deeds recorded in the Orange County Clerk's Office in Book 1175 at Page 274, and in Book 917 at Page 404, the following two courses, namely: (15) South 71° 05' West 871.00 feet; and (16) South 71° 05' West 440.00 feet to a point; thence along land which was conveyed by John J. Brozdowski to Joseph Purta by deeds recorded in Book 917 at Page 401, and in Book 1043 at Page 632, and along the southeast line of the said right of way, the following two courses, namely: (17) South 71° 05' West 528.00 feet; and (18) South 71° 05' West 186.00 feet to a point; thence (19) North 18° 24' West 12.00 feet along the assumed northeast line of Pine Island-Westtown Highway to a point at the south corner of land which was conveyed by John J. Brozdowski to Joseph Brozdowski by deed recorded in Book 917 at Page 407; thence along the northwest line of the said right of way the following two courses, namely: (20) North 71° 05' East 714.00 feet along land of Joseph Brozdowski to a point, and (21) North 71° 05' East 170.93 feet along land conveyed by John J. Brozdowski to Frank J. Brozdowski by deed recorded in Book 1140 at Page 532 to a ditch corner; thence (22) North 18° 28' West 487.99 feet along the middle of the ditch and along land of Frank J. Brozdowski to an iron pipe driven into the ground; thence (23) South 71° 05' West

*[handwritten margin notes: "Right Sharing prior", "matches Reference Deed 9/2/94"]*

width, and all land of Frank J. Brozdowski and land of Joseph Brozdowski to an iron pipe driven in to the ground; thence (24) North 18° 24' West 508.00 feet along the assumed northeast line of Pine Island-Westtown Highway to the point of beginning, CONTAINING 45.967 acres of land more or less.

BEING a portion of the same premises conveyed by John J. Brozdowski to John J. Brozdowski, Jr. and Anne M. Brozdowski, his wife, by deed dated January 18, 1958, recorded February 3, 1958 in Liber 1453 of Deeds, Page 97; and by Frank J. Brozdowski to John J. Brozdowski, Jr. by deed dated December 6, 1961, recorded December 13, 1961 in Liber 1607 of Deeds, Page 455, Orange County Clerk's Office.

TOGETHER with all the right, title and interest, if any, of the parties of the first part to all that plot, piece or parcel of land lying and being between the above described premises and the middle of Pochuk Creek, being the westerly boundary line of Vincent and Pauline Kosuga as conveyed by deed dated October 20, 1950, recorded January 13, 1951 in Liber 1185 of Deeds, Page 280, and BEING the same premises conveyed by the Estate of Ambrose Spencer Murray to the parties of the first part by deed dated June 27, 1966, to be recorded simultaneously herewith.

The parties of the first part reserve for themselves, their distributees and lessees, and for John J. Brozdowski, his distributees and lessees, for so long as they or their distributees own the lands or premises known as the "Wilcox Farm or Tract," at Pine Island, New York, a twelve (12) foot wide right of way in common with the parties of the second part, their distributees and assigns, over the existing roadway running from Pine Island Turnpike and along courses (15), (16), (17) and (18) of the above described lands and thence in a generally northerly direction to the bridge over the drainage ditch to the said Wilcox Farm or Tract for the purpose of ingress and egress to the lands of the parties of the first part and John J. Brozdowski, known as aforesaid, as the "Wilcox Farm or Tract", together with the right to maintain said bridge over the drainage ditch, the same being located at the northwesterly corner of the above described premises at course (2).

The parties of the first part reserve to themselves and their distributees or lessees for so long as they or their distributees own the farmlands, themselves, or in a corporate capacity, at Pine Island, New York, and to John J. Brozdowski, his distributees and assigns or lessees, a right of way to lay and maintain a temporary or removable pipeline on the lands herein conveyed along the northwesterly edge of the premises herein conveyed, which said right of way shall run along the first course of said premises as above described and herein conveyed approximately 900 feet adjacent to the lands now or formerly of Sadowski, and shall run the length of the present property now or formerly of Sadowski, for the purpose of drawing water from Pochuck Creek for irrigation and other related farming purposes, and shall include the right to cross the drainage ditch between the premises herein conveyed and the "Wilcox Farm or Tract" with said pipeline; said pipeline shall be laid at the bottom of the drainage ditch, the use of said right of way shall be limited to the right to lay and maintain said pipeline, but not for the moving of any other equipment on the fields of the grantees.

SUBJECT to a grant from John J. Brozdowski to Orange and Rockland Electric Company dated February 11, 1941 and recorded in the Orange County Clerk's Office February 15, 1941 in Liber 855 at Page 194.

SUBJECT to a grant from John J. Brozdowski to Home Gas Company dated March 26, 1949 and recorded in the Orange County Clerk's Office May 24, 1949 in Liber 1123 at Page 17.

BEING the same premises conveyed by John J. Brozdowski, Jr. and Anne M. Brozdowski, his wife, to Thaddeus J. Sobiech and Theresa M. Sobiech, by deed dated September 6, 1966 and recorded September 12, 1966 in Liber 1753 of Deeds at Page 42.

LIBER 7993 PAGE 295

PARCEL III:       (1)  ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, with the buildings and improvements thereon erected, situate, lying and being in the Town of Warwick, Orange County, New York, and being more particularly described as follows:  BEING the southerly one-half of the lands formerly used as a right of way for the Lehigh and New England Railroad Company extending from the center line of County Highway No. 1, westerly across Lot "a" as shown on a map of the Mission Lands made by V.K. Mills, Civil Engineer and on file in the Orange County Clerk's Office, to the easterly line of Lot "B" of said map, 33 feet in width, bounded and described as follows:

BEGINNING at a point of intersection of the center line of the said right of way with center line of said highway, said point being S 22° 32' E 375.5 feet from the intersection of the center line of the said highway with the center line of the Mission Land Road and runs thence on a curve to the left with a radius of 1910 feet for 866.4 feet to a point in the easterly line of the aforesaid Lot "B", S 22° 32' E 33.41 feet to a point in the southerly line of the said right of way;  thence along the southerly line of the said right of way on a curve to the right with a radius of 1877 feet for 867.6 feet to the center line of aforesaid highway; thence along the center line of the said highway N 22° 32' W 40.25 feet to the place of beginning, CONTAINING 0.66 acres of land more or less.

SUBJECT to any easements visible or of record.

BEING Parcel II of the same premises described in a deed dated February 15, 1963 from R.E.F. Gurda, Inc. to John J. Brozdowski, Sr. and recorded in the Orange County Clerk's Office on March 13, 1963 in Liber 1635 of Deeds at Page 31.

(2) ALSO ALL THAT TRACT, PIECE OR PARCEL OF LAND situate, lying and being in the Town of Warwick, County of Orange, State of New York, bounded and described as follows:

BEGINNING at a point in the south line of the Lehigh & New England Railroad right of way, the said point of beginning is also at a corner of land of Brozdowski; running thence (1) South 22° 30' East 291.0 feet to a point; thence (2) North 70° 00' East 122.0 feet along lands of Conklin to a point; thence (3) East 37.3 feet along the same to a point; thence (4) along lands of Lewis Gardella a distance of 275.5 feet to a point in the south line of the said railroad; thence (5) along the south line of the said railroad on a curved course in a westerly direction a distance of 168.6 feet to the point of beginning.  CONTAINING 1.02 acres more or less.

TOGETHER with a 20+' right of way over the right of way running from the Pine Island-Westtown Highway to and through said lands and through other lands of first parties as now laid out and used, and subject to the rights of such other persons as may be entitled to use the same.

SUBJECT to a grant from Lewis Gardella to Orange and Rockland Electric Co. dated January 14, 1932 and recorded March 8, 1932 in Book 727 at Page 249.

SUBJECT to a grant from Lewis Gardella to Orange and Rockland Electric Co. dated March 15, 1936 and recorded May 20, 1936 in Book 770 at Page 371.

SUBJECT to a grant from Vincent A. Krasniewicz and Catherine Krasniewicz, his wife, to Home Gas Company dated April 26, 1949 and recorded May 24, 1949 in Book 1123 at Page 27.

BEING the same premises described in a deed dated December 15, 1950 from Vincent A. Krasniewicz and Kazmiera C. Krasniewicz, his wife, to John J. Brozdowski and recorded in the Orange County Clerk's Office on December 16, 1950 in Liber 1182 of Deeds at Page 481.

[handwritten margin notes: "Prpt Showg prior deen" (twice, left margin); "matches Referees Deed 9/2/94" (right margin, twice); "4  797" (bottom)]

(3) ALSO ALL THOSE TWO CERTAIN TRACTS OR PARCELS OF LAND, situate in the Town of Warwick, County of Orange, State of New York, being portions of the property conveyed to John Brozdowski as recorded in Liber 851 at Page 519 and being more fully bounded and described as follows:

Parcel #1 BEGINNING at a point in the southerly line of the lands formerly of Lehigh and New England Railroad Company where the same is intersected by the northerly line of a 20 foot wide right of way which runs through the lands of the aforesaid Brozdowski in a westerly direction from the Pine Island Turnpike and runs from said point along the northerly line of the said right of way on the three following courses and distances: (1) S 73° 37' 54" W for a distance of 463.66 feet; (2) S 83° 52' 52" W for a distance of 140.07 feet; (3) S 75° 25' 01" W for a distance of 9.66 feet; running thence still over and through the lands of Brozdowski on the two following courses and distances: (4) N 15° 02' 13" W for a distance of 242.06 feet to the southerly line of the aforesaid railroad; running thence along the same (5) along a curve to the right having a radius of 1877.00 feet for a distance of 670.17 feet to the point or place of beginning. CONTAINING 2.169 acres of land.

*[margin note: Matches Referee Deed 9/2/94]*

*[margin note: Profit Sharing prior lien]*

(4) BEGINNING at a point in the southerly line of the above mentioned right of way distant 20.00 feet on a course of S 15° 02' 13" E from the westerly end of the course recited as (3) in Parcel #1 above and runs from said point along the southerly line of the said right of way on the two following courses and distances: (1) N 75° 25' 01" E for a distance of 8.03 feet; (2) N 83° 52' 52" E for a distance of 101.71 feet running thence still over and through the lands of the said Brozdowski (3) S 17° 04' 59" E for a distance of 37.91 feet; running thence along the lands now or formerly of Kosuga (4) N 84° 34' 59" W for a distance of 117.26 feet; running thence along the lands now or formerly of Soblech (5) N 15° 02' 13" W for a distance of 12.75 feet to the point or place of beginning. CONTAINING 2805 square feet of land.

*[margin note: Matches Referee Deed]*

SUBJECT to a grant from Lewis Gardella to Orange and Rockland Electric Co. dated January 14, 1932 and recorded March 8, 1932 in Book 727 at Page 249.

SUBJECT to a grant from Lewis Gardella to Orange and Rockland Electric Co. dated March 15, 1936 and recorded May 28, 1936 in Book 770 at Page 371.

SUBJECT to a grant from John J. Brozdowski to Home Gas Company dated March 26, 1949 and recorded May 24, 1949 in Book 1123 at Page 19.

SUBJECT to a grant from Vincent A. Krasniewicz and Catherine Krasniewicz, his wife, to Home Gas Company dated April 26, 1949 and recorded May 24, 1949 in Book 1123 at Page 27.

BEING the same premises conveyed by John J. Brozdowski to Thaddeus J. Soblech and Theresa M. Soblech, his wife, by deed dated November 4, 1969 and recorded in the Orange County Clerk's Office on November 6, 1969 in Liber 1834 at Page 29.

PARCEL IV: ALL THAT TRACT OR PARCEL OF LAND situate in the Town of Warwick, County of Orange, State of New York, being the northerly one-half of the lands formerly used as a right of way for the Lehigh and New England Railroad Company extending from the center line of County Highway No. 1, westerly, across Lot "A", as shown on a map of the Mission Lands made by V.K. Mills, civil engineer and filed in the Orange County Clerk's Office, to the easterly line of Lot "B" of said map, 33 feet in width, bounded and described as follows:

*[margin note: Matches Referee Deed 9/2/94]*

*[margin note: Profit Sharing prior lien]*

BEGINNING at a point in the center line of County Highway, said point being S 22° 32' E 335.1 feet from the intersection of the center line of said County Highway with the center line of the Mission Land Road and runs thence on a curve to the left with a radius of 1943 feet for 865.2 feet to a point in the easterly line of the aforesaid Lot "B", thence along the easterly line of Lot "B", S 22° 32' E 33.41 feet to a point in the center line of the right of way; thence along the center line of said right of way on a curve to the right with a radius of 1910 feet for 866.4 feet to a point in the center line of the aforesaid County Highway; thence along the center line of the said highway N 22° 32' W 40.25 feet to the place of beginning, CONTAINING 0.66 acres of land more or less.

This conveyance includes all cinders and/or ashes except the party of the first part reserves the right and privilege to remove one half (1/2) of said cinders and/or ashes.

Said right and privilege shall expire on February 1, 1966.

BEING the same premises conveyed by R.E.F. Gurda, Inc. to Thaddeus Sobiech and Theresa Sobiech, his wife, by deed dated February 15, 1963 and recorded February 21, 1963 in Liber 1634 of Deeds at Page 352 in the Orange County Clerk's Office.

SUBJECT to grant from Ted Sobiech to Orange and Rockland Utilities, Inc. dated August 30, 1965 and recorded October 11, 1965 in the Orange County Clerk's Office in Liber 1726 of Deeds at Page 1076.

To have and to hold the premises herein granted unto the grantee, heirs, distributees, and assigns forever.

PARCEL VII: ALL that certain lot, piece or parcel of land, situate, lying and being in the Town of Minisink, County of Orange, State of New York, and being more accurately bounded and described as follows:

BEGINNING at a rebar set at the intersection of the southerly line of County Highway No. 1 with the Easterly line of Gross Road, thence from said point of beginning and along said southerly line of County Highway No. 1, South 37 degrees 01 minutes 32 seconds East 321.30 feet to a rebar set and South 51 degrees 16 minutes 48 seconds East 148.68 feet to a rebar set, thence South 17 degrees 14 minutes 12 seconds West 346.51 feet to a rebar set, thence along said lands of Sobiech North 64 degrees 41 minutes 39 seconds West 215.33 feet to a rebar set, thence along the easterly line of Gross Road, North 20 degrees 01 minutes 37 seconds East 115.91 feet to a rebar set and North 01 degrees 57 minutes 24 seconds East 132.13 feet to a rebar set and North 09 degrees 12 minutes 37 seconds West 352.00 feet to the point of beginning as surveyed by Garrison W. Scott on December 15, 1988 and containing 2.37 acres.

The above described Parcels I - VII also being part of the same premises described in a deed dated September 2, 1994 from Peter D. Barlet to Thomas P. Sobiech and all of the premises described in a deed dated October 11, 1994 from Profit Sharing Plan Trust for Employees of Judelson, Giordano & Siegel, C.P.A., P.C. Directed Investment Account F/B/O Frank P. Giordano, Jr. to Thomas P. Sobiech which deeds are being submitted to the Orange County Clerk's Office for recording simultaneously with this Note and Mortgage. THIS IS A FIRST PURCHASE MONEY NOTE AND MORTGAGE.

LIBER 7993 PAGE 298