

**STATE OF NEW YORK
DEPARTMENT OF STATE
ALBANY, NY 12231-0001**

RANDY A. DANIELS
SECRETARY OF STATE

## FILING ACKNOWLEDGMENT

March 12, 2002

USDA, FARM SERVICE AGENCY
225 DOLSON AVENUE RM 101
MIDDLETOWN, NY 10940

Attached is the acknowledgment copy of your recently submitted filing which is represented by only the first page of the document. The actual filing may have had multiple pages or attachments. This document has been filed with the New York State Department of State, Uniform Commercial Code Division.

The Financing Statement has been assigned Filing Number: 056055, Filing Date: 03/11/2002 and is currently reflected in our automated database as follows:

*Debtor's Name & Address*

NICHRIS CORPORATION
PO BOX 221
PINE ISLAND, NY 10969
(See attached for additional Debtors)

*Secured Party's Name and Address*

UNITED STATES OF AMERICA ACTING THROUGH FARM SERVICE AGENCY
225 DOLSON AVENUE, RM 101
MIDDLETOWN, NY 10940

RECEIVED BY
ORANGE COUNTY
FSA OFFICE

MAR 1 5 2002

MIDDLETOWN NY 10940
(914) 343-1872 EXT2

This Filing will lapse on 03/11/2007 unless continued. We encourage filers to take full advantage of the six-month window of opportunity in which to file a Financing Statement Amendment (Continuation). Submission of your documents at the onset of the six-month window will allow ample time to rectify potential filing errors and help to assure timely recording of your filing.

If you have any concerns regarding the way this document is recorded, please contact one of our Customer Service Representatives at (518) 474-4763, or respond in writing to the UCC Data Processing Unit at the address indicated above.

Sincerely,

Uniform Commercial Code Division
Data Processing Unit

REF #: 041215

DOS-1241 (7/96)

*Debtor's Name & Address* (continued)

SOBIECH THOMAS
PO BOX 221
PINE ISLAND, NY 10969

DOS-1241 (7/96)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front back) CAREFULLY

041215    2002 MAR 11 AI 9:00

A. NAME & PHONE OF CONTACT AT FILER [optional]
MARGARET P. RUSSO, AG. PROG. TECH 845-343-1872 X 2

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

USDA, FARM SERVICE AGENCY
225 DOLSON AVENUE RM 101
MIDDLETOWN, NY 10940

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Nichris Corporation | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| PO Box 221 | Pine Island | NY | 10969 | |
| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Dom.Bus.Corp. | 1f. JURISDICTION OF ORGANIZATION NEW YORK | 1g. ORGANIZATIONAL ID #, if any ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME SOBIECH | FIRST NAME THOMAS | MIDDLE NAME | SUFFIX | |
| 2c. MAILING ADDRESS PO BOX 221 | CITY PINE ISLAND | STATE NY | POSTAL CODE 10969 | COUNTRY |
| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATION ID #, if any ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| UNITED STATES OF AMERICA ACTING THROUGH FARM SERVICE AGENCY | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 3c. MAILING ADDRESS 225 DOLSON AVENUE, RM 101 | CITY MIDDLETOWN | STATE NY | POSTAL CODE 10940 | COUNTRY |

4. This FINANCING STATEMENT covers the following collateral:

This financing statement is filed in lieu of 04/29/97 of financing statement with the ORANGE COUNTY CLERK, in ORANGE COUNTY, filing number 01771. This financing statement remains effective and covers all assets now owned or hereafter aquired.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ A.G. LIEN  ☐ NON-UCC FILING
6. ☐ This FINANCING STATEMENT is to filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

ACKNOWLEDGMENT COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

**FILING NUMBER: 056055   FILING DATE: 03/11/2002**

01771

This FINANCING STATEMENT is presented to ⎯ ding Officer for filing pursuant to the Uniform Commerc ⎯ de.

No. of Additional Sheets Presented:

3. ☐ The L⎯⎯

4. For Filing Officer:

1. Debtor(s) (Last Name First) and Address(es):

Nichris Corp.
Sobiech, Thomas
P.O. Box 221
Pine Island, NY 10969

2. Secured Party(ies) Name(s) and Address(es)

UNITED STATES OF AMERICA
acting through
FARMERS HOME ADMINISTRATION
Now Known as Farm Service Agency
225 Dolson Ave., Room 101
Middletown, NY 10940
(County Office Address)

5. This Financing Statement covers the following types (or items) of collateral now owned or hereafter acquired: all accounts, contract rights, general intangibles, harvested or growing crops, livestock, farm and other equipment, farm products, supplies and inventory.

☐ Fixtures as specified

☒ Products of the Collateral are also covered.

8. Describe Real Estate Here:     ☒ This statement is to be indexed in the Real Estate Records:

See Attachment

6. Assignee(s) of Secured Party(ies) and Address(es)

7. ☒ The described crops are growing or to be grown on:*
   ☒ The described goods are or are to be affixed to:*
   ☒ The lumber to be cut or minerals or the like (including oil and gas) is on:*
   *(Describe Real Estate Below)

9. Name of a Record Owner

| County | Section | Block | Lot |

10. This statement is filed without the debtor's signature to perfect a security interest in collateral (check appropriate box)
☐ under a security agreement signed by debtor authorizing secured party to file this statement, or
☐ which is proceeds of the original collateral described above in which a security interest was perfected, or
☐ acquired after a change of name, identity or corporate structure of the debtor, or ☐ as to which the filing has lapsed, or already subject to a security interest in another jurisdiction:
☐ when the collateral was brought into the state, or ☐ when the debtor's location was changed to this state.

No. & Street            Town or City

By _____
Signature(s) of Debtor(s)

UNITED STATES OF AMERICA

By _____
Signature(s) of Secured Party(ies)

(2) Filing Officer Copy-Acknowledgement
STANDARD FORM - FORM UCC-1 — Approved by Secretary of State of New York
(5/82)