

STATE OF NEW YORK
DEPARTMENT OF STATE
ALBANY, NY 12231-0001

RANDY A. DANIELS
SECRETARY OF STATE

# FILING ACKNOWLEDGMENT

April 8, 2002

USDA, FARM SERVICE AGENCY
225 DOLSON AVENUE
RM 101
MIDDLETOWN, NY 10940

Attached is the acknowledgment copy of your recently submitted filing which is represented by only the first page of the document. The actual filing may have had multiple pages or attachments. This document has been filed with the New York State Department of State, Uniform Commercial Code Division.

The Financing Statement Amendment (Continuation) has been assigned Filing Number: 078017, Filing Date: 04/04/2002 and is currently reflected in our automated database as follows:

*Debtor's Name & Address*

NICHRIS CORP. SOBIECH, THOMAS
P.O. BOX 221
PINE ISLAND, NY 10969

*Secured Party's Name and Address*

UNITED STATES OF AMERICA ACTING THROUGH FARMERS HOME ADMINISTRATION NOW KNOWN AS FARM SERVICE AGENCY
225 DOLSON AVE., ROOM 101
MIDDLETOWN, NY 10940

This Filing will lapse on 05/05/2007 unless continued. We encourage filers to take full advantage of the six-month window of opportunity in which to file a Financing Statement Amendment (Continuation). Submission of your documents at the onset of the six-month window will allow ample time to rectify potential filing errors and help to assure timely recording of your filing.

If you have any concerns regarding the way this document is recorded, please contact one of our Customer Service Representatives at (518) 474-4763, or respond in writing to the UCC Data Processing Unit at the address indicated above.

Sincerely,

Uniform Commercial Code Division
Data Processing Unit

REF #: 058816

DOS-1241 (7/96)

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

058816

2002 APR -4  AM 9:00

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Margaret Russo, APT 845-343-1872, X 2

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
USDA, FARM SERVICE AGENCY
225 DOLSON AVENUE, RM 101
MIDDLETOWN, NY 10940

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #** 090838 FILED 5/5/97

**1b.** [X] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** [ ] TERMINATION

**3.** [X] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**4.** [ ] ASSIGNMENT (full or partial)

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects [ ] Debtor or [ ] Secured Party of record.

**6. CURRENT RECORD INFORMATION:**
**6a. ORGANIZATION'S NAME:** Nichris Corp.

**7. CHANGED (NEW) OR ADDED INFORMATION:**
**7b. INDIVIDUAL'S LAST NAME:** Sobiech
**FIRST NAME:** Thomas
**7c. MAILING ADDRESS:** P.O. Box 221
**CITY:** Pine Island
**STATE:** NY
**POSTAL CODE:** 10969
**7d. TAX ID #: SSN OR EIN:** P.O. Box 221
**ADD'L INFO RE ORGANIZATION DEBTOR**
**7e. TYPE OF ORGANIZATION:** DOM.BUS.CORP.
**7f. JURISDICTION OF ORGANIZATION:** NEW YORK
**7g. ORGANIZATIONAL ID #, if any:** [X] NONE

**8. AMENDMENT (COLLATERAL CHANGE):**

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**
**9a. ORGANIZATION'S NAME:** United States of America acting through FarmServiceAgency

**10. OPTIONAL FILER REFERENCE DATA**

ACKNOWLEDGMENT COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

**FILING NUMBER: 078017   FILING DATE: 04/04/2002**



**STATE OF NEW YORK**
**DEPARTMENT OF STATE**
ALBANY, NY 12231-0001

ALEXANDER F. TREADWELL
SECRETARY OF STATE

# FILING ACKNOWLEDGMENT

May 5, 1997

USDA FARM SERVICE AGENCY
CREDIT TEAM
225 DOLSON AVE., RM 101
ATT: MARGARET
MIDDLETOWN, NY 10940

Attached is the acknowledgment copy of your recently submitted filing. This document has been filed with the New York State Department of State, Uniform Commercial Code Division.

The UCC-1 Financing Statement has been assigned Filing Number: 090838, Filing Date: 05/05/1997 and is currently reflected in our automated database as follows:

*Debtor's Name & Address*

NICHRIS CORP. SOBIECH, THOMAS
P.O. BOX 221
PINE ISLAND, NY 10969

*Secured Party's Name and Address*

UNITED STATES OF AMERICA ACTING THROUGH FARMERS HOME ADMINISTRATION NOW KNOWN AS FARM SERVICE AGENCY
225 DOLSON AVE., ROOM 101
MIDDLETOWN, NY 10940

This Filing will lapse on 05/05/2002 unless continued or terminated. We encourage filers to take full advantage of the six-month window of opportunity in which to file UCC-3 continuations. Submission of your documents at the onset of the six-month window will allow ample time to rectify potential filing errors and help to assure timely recording of your filing.

If you have any concerns regarding the way this document is recorded, please contact one of our Customer Service Representatives at (518) 473-3589, or respond in writing to the UCC Data Processing Unit at the address indicated above.

Sincerely,

Uniform Commercial Code Division
Data Processing Unit

REF #: 077079

DOS-1241 (7/96)

| | | | |
|---|---|---|---|
| This FINANCING STATEMENT is presented to a Filing Officer for filing pursuant to the Uniform Commercial Code. | No. of Additional Sheets Presented: | | 3. ☐ The Debtor is a transmitting utility. |
| 1. Debtor(s) (Last Name First) and Address(es): Nichris Corp. Sobiech, Thomas P.O. Box 221 Pine Island, NY 10969 | 2. Secured Party(ies) Name(s) and Address(es): UNITED STATES OF AMERICA acting through FARMERS HOME ADMINISTRATION Now Known as Farm Service Agency 225 Dolson Ave., Room 101 Middletown, NY 10940 (County Office Address) | | 4. For Filing Officer: Date, Time, No. Filing Office |

5. This Financing Statement covers the following types (or items) of collateral now owned or hereafter acquired: all accounts, contract rights, general intangibles, harvested or growing crops, livestock, farm and other equipment, farm products, supplies and inventory.

☐ _____ Fixtures as Specified

6. Assignee(s) of Secured Party and Address(es)

☒ Products of the Collateral are also covered.

7. ☒ The described crops are growing or to be grown on:*
   ☒ The described goods are or are to be affixed to:*
   ☒ The lumber to be cut or minerals or the like (including oil and gas) is on:*
   *(Describe Real Estate Below)

8. Describe Real Estate Here:    ☒ This statement is to be indexed in the Real Estate Records:    9. Name of a Record Owner

See Attachment

| No. & Street | Town or City | County | Section | Block | Lot |
|---|---|---|---|---|---|
| | | | | | |

10. This statement is filed without the debtor's signature to perfect a security interest in collateral (check appropriate box)
    ☐ under a security agreement signed by debtor authorizing secured party to file this statement, or
    ☐ which is proceeds of the original collateral described above in which a security interest was perfected, or
    ☐ acquired after a change of name, identity or corporate structure of the debtor, or ☐ as to which the filing has lapsed, or already subject to a security interest in another jurisdiction;
    ☐ when the collateral was brought into the state, or ☐ when the debtor's location was changed to this state.

By _____    UNITED STATES OF AMERICA
   Signature(s) of Debtor(s)    By _____
(1) Filing Officer Copy-Numerical    Signature(s) of Secured Party(ies)
(5/92)    STANDARD FORM - FORM UCC-1 — Approved by Secretary of State of New York

**FILING NUMBER: 090838    FILING DATE: 05/05/1997**