*Brieant, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

THOMAS P. SOBIECH, ROBIN SOBIECH,
NICHRIS CORPORATION, PINE ISLAND
GROUP, INC., GOTHAM RENOVATION
GROUP, INC., ORANGE COUNTY TRUST
COMPANY, JOSEPH WU, SHARYLAND L.P.
d/b/a PLANTATION PRODUCE COMPANY,
M&M PACKAGING, INC., MELLON BANK,
UNITED PENN BANK, PIETRZAK & PFAU
ENGINEERING & SURVEYING, PLLC, JOHN
DOES NOS. 1-10 and JANE DOES NOS. 1-10,

    Defendants.

------------------------------------------------------------- x

ECF CASE

STIPULATION AND
ORDER OF PARTIAL DISMISSAL

07 Civ. 6335 (CLB) (LMS)

*As To*
*Pine Island Group,*
*Gotham Renovation*
*and  Joseph Wu and*
*Joseph Wu's  Counterclaim*
*against  USA*

    WHEREAS, plaintiff United States of America (the "United States" or the

"Government") filed a complaint in this action on July 11, 2007, seeking to foreclose on property

owned by Thomas and/or Robin Sobiech that was pledged as collateral for a series of loans made

by the United States;

    WHEREAS, two parcels of the afore-mentioned property ("Section 3, Block 1,

Lot 44" and "Section 3, Block 1, Lot 43") were the subject of a foreclosure action brought by

defendant Pine Island Group, Inc. ("Pine Island Group"), Pine Island Group, Inc. v. Thomas

Sobiech, the United States of America acting through the United States Department of

Agriculture, and People of the State of New York, Index No. 6965-2000, Supreme Court, Orange

County, New York (the "Pine Island Foreclosure Action");

WHEREAS, the Pine Island Foreclosure Action sought to foreclose upon a mortgage lien granted by Thomas Sobiech. which mortgage was recorded in the Orange County Clerk's Office on November 28, 1997, in Liber 6388 of Mortgages at Page 232;

WHEREAS, the Government's interest in Section 3, Block 1, Lot 44 and Section 3, Block 1, Lot 43 derives from a mortgage granted by Thomas Sobiech, Robin Sobiech, and Thomas P. Sobiech d/b/a Nichris Corporation, which mortgage was recorded in the Orange County Clerk's Office on September 27, 2000, in Liber 7993 of Mortgages at Page 291;

WHEREAS, as a result of the Pine Island Foreclosure Action, Section 3, Block 1, Lot 44 was sold at auction to Pine Island Group;

WHEREAS, as a result of the Pine Island Foreclosure Action. Section 3, Block 1, Lot 43 was sold at auction to defendant Cotham Renovation Group, Inc. ("Gotham Renovation");

WHEREAS, as a result of the auction sale held in the Pine Island Foreclosure Action, the Government's liens in Section 3. Block 1, Lot 43 and Section 3, Block 1, Lot 44 were extinguished;

WHEREAS, Pine Island Group, Gotham Renovation, and Joseph Wu were named as defendants in the instant action because they had or claimed an interest in Section 3, Block 1, Lot 44 and/or Section 3. Block 1, Lot 43;

WHEREAS, Gotham Renovation answered the complaint in this action on September 4, 2007;

WHEREAS, Joseph Wu answered the complaint in this action on September 21, 2007 and asserted a counter-claim against the United States;

Page 2 of 4

WHEREAS. Pine Island Group filed a notice of bankruptcy in this action on

August 24, 2007; and

WHEREAS, the Government intends to file an amended complaint (a copy of

which is attached as Exhibit A) reflecting that Pine Island Group. Gotham Renovation, and

Joseph Wu are no longer necessary parties to this action;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as

follows:

1. The United States's claims against Pine Island Group, Gotham

Renovation, and Joseph Wu are hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(2) with

prejudice and without attorneys' fees. costs, or disbursements to any party.

2. Joseph Wu's counterclaim against the United States is hereby dismissed

pursuant to Fed. R. Civ. P. 41(a)(2) with prejudice and without attorneys' fees, costs, or

disbursements to any party.

3. This Stipulation and Order of Partial Dismissal may be executed in

counterparts.

Dated: Goshen, New York
     November 7, 2007

MICHAEL D PINSKY, ESQ.
Attorney for Gotham Renovation and
Pine Island Group
211 Main Street, Post Office Box 148
Goshen, NY 10924-0148
Tel.: (845) 294-5123
Fax: (845) 294-9384

Page 3 of 4

Dated: Walden, New York
    November ___, 2007

                        JACOBOWITZ AND GUBITS LLP
                        Attorneys for Joseph Wu

By:    _____

                        MICHAEL L. CAREY, ESQ.
                        158 Orange Avenue, P.O. Box 367
                        Walden, New York 12586
                        Tel.: (845) 778-2121
                        Fax: (845) 778-5173

Dated: New York, New York
    November ___, 2007

                        MICHAEL J. GARCIA
                        United States Attorney for the
                        Southern District of New York,
                        Attorney for the United States

By:    _____

                        KRISTIN L. VASSALLO
                        Assistant United States Attorney
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Tel. (212) 637-2822
                        Fax: (212) 637-2730

SO ORDERED:

_____
THE HONORABLE CHARLES L. BRIEANT
UNITED STATES DISTRICT JUDGE

Page 4 of 4

Dated: Walden, New York
   November 9, 2007

                    JACOBOWITZ AND GUBITS LLP
                    Attorneys for Joseph Wu

            By:     _____
                    MICHAEL L. CAREY, ESQ.
                    158 Orange Avenue, P.O. Box 367
                    Walden, New York 12586
                    Tel.: (845) 778-2121
                    Fax: (845) 778-5173

Dated: New York, New York
   November 9 2007

                    MICHAEL J. GARCIA
                    United States Attorney for the
                    Southern District of New York,
                    Attorney for the United States

            By:     _____
                    KRISTIN L. VASSALLO
                    Assistant United States Attorney
                    86 Chambers Street, 3rd Floor
                    New York, New York 10007
                    Tel. (212) 637-2822
                    Fax: (212) 637-2730

SO ORDERED:

_____
THE HONORABLE CHARLES L. BRIEANT
UNITED STATES DISTRICT JUDGE

dated : November 14, 2007

Page 4 of 4