# JOSEPH J. HASPEL PLLC

ATTORNEY AT LAW
40 MATTHEWS STREET
SUITE 201
GOSHEN, NEW YORK 10924
(845) 294-8950
(845) 294-3843 (FAX)
(845) 313-6068 (CELL)
JJHASPEL@WARWICK.NET

JOSEPH J. HASPEL

OF COUNSEL:
MARY LOU CHATTERTON
NEIL I. JACOBS

NEW JERSEY OFFICE
111 GRAND STREET
SUITE 218
PALISADES PARK, NJ 07650
201-461-2488

January 16, 2008

Via:  **Facsimile Only**
      **914-390-4085**

Hon. Charles L. Brieant, USDCJ
Southern District of New York
White Plains, New York 10601

Re:  United States v Sobiech, et al.
     Case No.: 07-Civ-6335 (CLB)

*[Handwritten: Application Granted - Discovery extended to March 16, 2008. So Ordered. Jan 31, 2008. Charles L. Brieant USDJ]*

Dear Judge Brieant:

Please let this letter serve as our request for an extension of the discovery schedule in connection with the above-referenced matter for an additional sixty (60) days. This request is on consent.

Thank you for your courtesy in this regard.

Respectfully yours,

Joseph J. Haspel

/lks

cc:  Kristin Vassallo (via: facsimile only 212-657-2750)