# JOSEPH J. HASPEL PLLC

ATTORNEY AT LAW
40 MATTHEWS STREET
SUITE 201
GOSHEN, NEW YORK 10924
(845) 294-8950
(845) 294-3843 (FAX)
(845) 313-6068 (CELL)
JJHASPEL@WARWICK.NET

JOSEPH J. HASPEL

OF COUNSEL:
MARY LOU CHATTERTON
NEIL I. JACOBS

NEW JERSEY OFFICE
111 GRAND STREET
SUITE 218
PALISADES PARK, NJ 07650
201-461-2488

February 28, 2008

**Via:** **Facsimile Only**
914-390-4085

Hon. Charles L. Brieant, USDCJ
Southern District of New York
White Plains, New York 10601

    Re:    United States v Sobiech, et al.
            <u>Case No.: 07-Civ-6335 (CLB)</u>

Dear Judge Brieant:

    Please let this letter serve as our request for an adjournment of the conference scheduled for tomorrow, February 29, 2008, in connection with the above-referenced matter. Mr. Haspel has a severe flu and cannot appear. I called Kristen Vassallo's office and received a message on her voice mail stating that she is away until tomorrow afternoon and was referred to a Mr. Armond in her office. Several voice mail messages were left for Mr. Armand and he has not returned my call. Please advise of a date convenient for the Court for a rescheduled conference.

    Thanking you in advance for your courtesy in this regard.

                                    Respectfully yours,
                                    JOSEPH J. HASPEL, PLLC

                                    By: _____
                                        Leslie K. Schofield
                                        Paralegal

/lks
cc:    Kristin Vassallo (via: facsimile only 212-657-2750)