# JOSEPH J. HASPEL PLLC

**ATTORNEY AT LAW**
**40 MATTHEWS STREET**
**SUITE 201**
**GOSHEN, NEW YORK 10924**
(845) 294-8950
(845) 294-3843 (FAX)
(845) 313-6068 (CELL)
JJHASPEL@WARWICK.NET

JOSEPH J. HASPEL

OF COUNSEL:
MARY LOU CHATTERTON
NEIL I. JACOBS

NEW JERSEY OFFICE
111 GRAND STREET
SUITE 218
PALISADES PARK, NJ 07650
201-461-2488

March 3, 2008

Via:  **Facsimile Only**
      212-637-2730

Kristin Vassallo, Esq.
Office of the United States Attorney
86 Chambers Street
New York, New York 10007

Re: United States v. Sobiech et al
    Case No. 07 Civ. 6335 (CLB)

**MEMO ENDORSED**

[handwritten: Conference rescheduled to March 28, 2008 @ 10:30 AM
so ordered
March 6, 2008
Charles L. Brieant
USDJ]

Dear Ms. Vassallo:

Please be advised that Bruce Levinson, Esq., attorney for Sharyland, LP., was inadvertently not notified of the adjournment of the conference in connection with the above-referenced matter from February 29, 2008 to March 14, 2008 and is unavailable on the 14th. Mr. Haspel is not available on March 7, 2008, which was an alternate date proposed by Mr. Levinson. I have tried calling you, but your phone just keeps ringing. Kindly advise the undersigned of alternate dates to propose to the Court for this conference.

Very truly yours,
JOSEPH J. HASPEL, PLLC

By: Leslie K. Schofield
    Paralegal

/lks

cc: Bruce Levinson, Esq. (via: facsimile only 212-750-2596)
    Hon. Charles L. Brieant, USDCJ
    Attn: Alice (facsimile only 914-390-4085)