# JOSEPH J. HASPEL PLLC

ATTORNEY AT LAW
40 MATTHEWS STREET
SUITE 201
GOSHEN, NEW YORK 10924
(845) 294-8950
(845) 294-3843 (FAX)
(845) 313-0068 (CELL)
JJHASPEL@WARWICK.NET

JOSEPH J. HASPEL

OF COUNSEL:
MARY LOU CHATTERTON
NEIL I. JACOBS

NEW JERSEY OFFICE
111 GRAND STREET
SUITE 218
PALISADES PARK, NJ 07650
201-461-2488

March 11, 2008

*Via:* **Facsimile Only**
*212-750-2596*

Bruce Levinson, Esq.
747 Third Avenue
New York, New York 10017

    Re:    United States v. Sobiech et al
             Case No. 07 Civ. 6335 (CLB)

Dear Mr. Levinson:

    Please be advised that the request for an adjournment of the conference in connection with the above-referenced matter, which was scheduled for March 14, 2008 to March 28, 2008, came from the office of Assistant US Attorney, Kristin Vassallo, Esq., and you were copied on the letter (a copy of which is annexed for your convenience). If you have any issue with this adjournment request, you may bring it up with Ms. Vassallo's office.

Very truly yours,
JOSEPH J. HASPEL, PLLC

By: *[signature]*
Leslie K. Schofield
Paralegal

/lks

cc:    Kristin Vassallo, Esq. (via: facsimile only 212-637-2730)
       Hon. Charles L. Brieant, USDCJ
       Attn: Alice (facsimile only 914-390-4085)