**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 7, 2007

**BY FAX: (914) 390-4085**

The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

   Re: <u>United States v. Sobiech, et al.</u>, 07 Civ. 6335 (CLB)

Dear Judge Brieant:

  I am the Assistant United States Attorney assigned to the above-referenced case, a mortgage foreclosure action brought by the United States. I write to confirm my conversation with your deputy, Alice Cama, that the conference in this case originally scheduled for March 14, 2008 has been adjourned to Friday, March 28, 2008 at 10:30 a.m.

  We thank the Court for its consideration in adjourning the conference.

           Respectfully,

           MICHAEL J. GARCIA
           United States Attorney

         By: _____
           KRISTIN L. VASSALLO
           Assistant United States Attorney
           Tel.: (212) 637-2822
           Fax: (212) 637-2730

cc: Joseph Haspel, Esq. (By fax: 845-294-3843)

   Bruce Levinson, Esq. (By fax: 212-750-2596)