MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DANIEL P. FILOR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2726
Fax: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

                          Plaintiff,                    07 Civ. 6335 (CLB) (LMS)

                   v.                         ECF Case

THOMAS P. SOBIECH, ROBIN SOBIECH,      **NOTICE OF APPEARANCE**
NICHRIS CORPORATION, ORANGE COUNTY
TRUST COMPANY, SHARYLAND L.P. d/b/a
PLANTATION PRODUCE COMPANY, JOHN
DOES NOS. 1-10 and JANE DOES NOS. 1-10,

                        Defendants.
------------------------------------------------------------x

TO:      Clerk of Court
           United States District Court
           Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case, replacing Assistant United States Attorney Kristin L. Vassallo, and also requests that he be added as Lead Attorney to whom Notices of Electronic Filing will be transmitted in this case.

                    Respectfully submitted,

                    MICHAEL J. GARCIA
                    United States Attorney for the
                    Southern District of New York

By: _____
      DANIEL P. FILOR
      Assistant United States Attorney
      United States Attorney's Office
      86 Chambers Street
      New York, New York 10007
      Phone: (212) 637-2726
      Facsimile: (212) 637-2717
      Email: Daniel.Filor@usdoj.gov

cc:    Joseph J. Haspel, Esq. (by facsimile)

       Bruce Levinson, Esq. (by facsimile)