# JOSEPH J. HASPEL PLLC

ATTORNEY AT LAW
40 MATTHEWS STREET
SUITE 201
GOSHEN, NEW YORK 10924
(845) 294-8950
(845) 294-3843 (FAX)
(845) 313-6068 (CELL)
JJHASPEL@WARWICK.NET

JOSEPH J. HASPEL

OF COUNSEL:
MARY LOU CHATTERTON
NEIL I. JACOBS

NEW JERSEY OFFICE
111 GRAND STREET
SUITE 218
PALISADES PARK, NJ 07650
201-401-2488

May 22, 2008

**MEMO ENDORSED**

*Adjourned to 6/24/08*
*@ 9:00 AM —*
*So Ordered*

*5/22/08* *USDJ*

Via:   *Facsimile Only*
       *914-390-4085*

Hon. Charles L. Brieant, USDCJ
Southern District of New York
White Plains, New York 10601
Attention: Alice

   Re:   United States v Sobiech, et al.
         Case No.: 07-Civ-6335 (CLB)

Dear Alice:

   Please let this letter serve as our request for an adjournment of the conference scheduled in connection with the above-referenced matter for May 23, 2008, to the next mutually convenient available date for all parties. Mr. Haspel will be actively engaged in a trial in Sullivan County, as per the attached Affirmation of Actual Engagement. A call to all parties have been made regarding this request.

   Thank you for your courtesy in this regard.

                                    Very truly yours.
                                    JOSEPH J. HASPEL, PLLC

                                    By: _____
                                        Leslie K. Schofield
                                        Paralegal

/lks

   cc:   Daniel P. Filor, Esq. (via: facsimile only 212-637-2717)
         Bruce Levinson, Esq. (via: facsimile only 212-750-2536)

Joseph J. Haspel
Attorney for Defendants
40 Matthews Street, Ste. 201
Goshen, NY 10924
845-294-8950

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,                    Case No. 07 Civ. 6335

              Plaintiff,

   - against -

THOMAS P. SOBIECH, et al.

              Defendants.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## AFFIRMATION OF ACTUAL ENGAGEMENT

    Joseph J. Haspel, an attorney duly admitted to practice law in the Courts of the State of New York, hereby affirms the following under the penalties of perjury:

    1.    I am the attorney for the Defendant, Thomas P. Sobeich, and as such am fully familiar with all the facts and circumstances herein.

    2.    I make this Affirmation of Actual Engagement for purpose of obtaining, an adjournment of the conference scheduled in this matter for May 23, 2008.

    3.    The reason for this request is that on May 23, 2008, I will be actively engaged in a trial before the New York State Supreme Court Sullivan County on a matter entitled *Pollack v. Carlton Resources,* before the Hon. Burton Ledina, AJSC.

WHEREFORE, it is respectfully requested that the conference be adjourned to the next available date.

Dated:   May 22, 2008
         Goshen, New York

                                                    _____
                                                    Joseph J. Haspel