# JOSEPH J. HASPEL PLLC

**ATTORNEY AT LAW**
**40 MATTHEWS STREET**
**SUITE 201**

JOSEPH J. HASPEL

**GOSHEN, NEW YORK 10924**

NEW JERSEY OFFICE

**(845) 294-8950**

111 GRAND STREET

**(845) 294-3843 (FAX)**

SUITE 218

OF COUNSEL:

**(845) 313-6068 (CELL)**

PALISADES PARK, NJ 07650

MARY LOU CHATTERTON
NEIL I. JACOBS

**JJHASPEL@WARWICK.NET**

201-461-9488

May 22, 2008

*Via:*   *Facsimile Only*
        *914-390-4085*

Hon. Charles L. Brieant, USDCJ
Southern District of New York
White Plains, New York 10601
Attention: Alice

> Re:   United States v Sobiech, et al.
>       Case No.: 07-Civ-6335 (CLB)

Dear Alice:

This will confirm that the conference scheduled for May 23, 2008 has been adjourned to June 20, 2008 at 9:00 am in connection with the above-referenced matter.

Thank you, again, for your courtesy in this regard.

Very truly yours,
JOSEPH J. HASPEL, PLLC

By _____
Leslie K. Schofield
Paralegal

/lks

cc:   Daniel P. Filor, Esq. (via: facsimile only 212-637-2717)
      Bruce Levinson, Esq. (via: facsimile only 212-750-2536)